## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/** | : | **THIRD-PARTY DEFENDANTS POLLY JONES AND SHIRLEY MONROE S EXPEDITED MOTION TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE ON THIRD-PARTY CLAIMS ONLY** |
| **Third-Party Plaintiff** | | |
| | : | |
| v. | | |
| | : | |
| **POLLY JONES, et al.** | | |
| | : | |
| **Third-Party Defendants** | | |
| | : | |

Third-Party Defendants, Polly [Jones and Shirley Monroe], by and through counsel, move the Court to continue the dispositive motions [deadline] with respect to the pending third-party claims against [Jones filed by] Defendant John Crary. The purpose of this continuance is [to allow a ruling] on the pending motion to dismiss filed by [the undersigned before the] motion for summary judgment deadline is currently set for [date]. [The undersigned] have sought this continuance on an expedited [basis pursuant to S.D. Ohio Civ. R.] 7.1(b)(3). If the Court permits Crary to respond to the instant motion in [the ordinary course] pursuant to S.D. Ohio Civ. R. 7.2, this motion will be rendered [moot if the Court has not] denied the undersigned s request for a Rule 1[2(b)(6) hearing. The undersigned] accordingly seek a hearing with the Court at its first convenience.

### MEMORANDUM IN SUPPORT

Ten months after being named a de[fendant...]

RetirementRetirement Income SecurityRetirement Income ActRetirement Income Security Ac

aa Third-Para Third-Partya Third-Party Complaint for Indemnity against Shirley Monroe ( Monroe ),

( Jones )( Jones ) and James Thelan on April 16, 2003.  Jones and Monroe responded( Jones ) and J

motionmotion to dismiss thesemotion to dismiss these claims pursuant to Fed. R. Civ. Pro. 12(b)(6).  As e

supportingsupporting memorandum, a plansupporting memorandum, a plan fiduciary cannot, <u>asas a m</u>

ERISA by asserting third-party indemnity claims against other alleged plan fiduciaries.

    FollowingFollowing the filing of Jones s and Monroe s motion to dFollowing the filing of

completedcompleted discovery on September 15.  Unfortunately, with the deadline focompleted disc

motionsmotions fast-approaching on Octobmotions fast-approaching on October 15,motions fast-ap

dismissdismiss Crary s third-party complaint. dismiss Crary s third-party complaint.  Jones and Monroe s

givengiven an opportunity to rule on their motion to dismiss <u>before</u> entertaining a motion for

summarysummary judgment on thessummary judgment on these partisummary judgment on these

requestrequest that the deadline for filing a motion for summary judgment, <u>onlyonly with respecttoonly v</u>

<u>third-partythird-party claims asserted by Crary</u>, be continued until such time , be continued until such

Jones s and Monroe s motion to dismiss.

    A proposed Order is tendered herewith.

Respectfully submitted,

_____
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon   (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:     (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorneys for Third-Party Defendants,
Shirley Monroe and Polly Jones

## CERTIFICATE OF SERVICE

II hereby certifyI hereby certify that a copI hereby certify that a copy of the foregoing has September,September, 2003, by facsimile toPaul D. Marotta, and U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
2116 East Thackery Street
West Covina, CA 91791

| | |
|---|---|
| Stephen R. Felson | Paul D. Marotta |
| 36 E. Seventh Street | Christopher D. Denny |
| Suite 1650 | Jennifer Chen |
| Cincinnati, Ohio 45202 | The Corporate Law Group |
| Phone: (513) 721-2500 | 500 Airport Blvd., Suite 120 |
| Fax: (513) 721-1120 | Burlingame, CA 94010 |
| Trial Attorney For Defendant Crary | Phone: (650) 227-8000 |
| | Fax: (650) 227-8001 |
| | Of Counsel for Defendant Crary__ |

_____
ATTORNEY FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/ Third-Party Plaintiff** | : | **ORDER GRANTING THIRD-PARTY DEFENDANTS POLLY JONES AND SHIRLEY MONROE S EXPEDITED MOTION TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE ON THIRD-PARTY CLAIMS ONLY** |
| v. | : | |
| **POLLY JONES, et al.** | : | |
| **Third-Party Defendants** | : | |
| | : | |

UponUpon the Expedited Motion of Third-Party Defendants, Shirley Monroe andUpon the Exp Jones,Jones, Everett W. Whisman, et al. ( Plaintiffs ), to Continue tJones, Everett W. Whisman, DeaDeadlineDeadline Deadline on Third-Party Claims Only, having fully considered the matter a argument of counsel for the parties;

The Court GRANTS this Motion.

ITIT IS HEREBY ORDEREDIT IS HEREBY ORDERED that the deadline for filing dispositive mo respectrespect to third-party claims asserted by Defendant John Crary, shall be indefinitely continuedcontinued until such time as the Courtcontinued until such time as the Court decidescontin Dismiss Crary s Third-Party Complaint for Failure to State a Claim.

SO ORDERED this _____day of September, 2003.

_____
Timothy S. Hogan
United States Magistrate Judge


Tendered by:


_____
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon   (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorneys for Third-Party Defendants,
Shirley Monroe and Polly Jones