Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon   (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorneys for Third-Party Defendants,
Shirley Monroe and Polly Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 26th day of September, 2003, by facsimile to Paul D. Marotta, and U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
2116 East Thackery Street
West Covina, CA 91791

| | |
|---|---|
| Stephen R. Felson | Paul D. Marotta |
| 36 E. Seventh Street | Christopher D. Denny |
| Suite 1650 | Jennifer Chen |
| Cincinnati, Ohio 45202 | The Corporate Law Group |
| Phone: (513) 721-2500 | 500 Airport Blvd., Suite 120 |
| Fax: (513) 721-1120 | Burlingame, CA 94010 |
| Trial Attorney For Defendant Crary | Phone: (650) 227-8000 |
| | Fax: (650) 227-8001 |
| | Of Counsel for Defendant Crary |

_____
ATTORNEY FOR PLAINTIFFS