FILED
KENNETH J. MURPHY
CLERK

03 SEP 29 PM 3:40

U.S. DISTRICT COURT
SOUTH. DIST OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, MARY JANE CRACRAFT, LELAN LITTRELL and GLASS, MOLDERS, POTTERY, PLASTIC AND ALLIED INDUSTRIAL WORKERS, LOCAL NO. 41, AFL-CIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>LEONARD D. KRISTAL, and JOHN L. CRARY,<br><br>    Defendants.<br><br>―――――――――――<br><br>JOHN L. CRARY,<br><br>    Cross-Claimant,<br><br>vs.<br><br>LEONARD D. KRISTAL,<br><br>    Cross-Defendant.<br><br>―――――――――――<br><br>JOHN L. CRARY,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>POLLY JONES, SHIRLEY MONROE, JAMES THELAN,<br><br>    Third-Party Defendants | Case No: C-1-01-159<br><br>Judge Herman J. Weber<br>Magistrate Judge Timothy S. Hogan<br><br>AMENDED PROOF OF SERVICE |

AMENDED PROOF OF SERVICE

## CERTIFICATION OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 Airport Boulevard, Suite 120, Burlingame, California 94010-1914.

On September 26, 2003, I served the foregoing documents described as:

DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANTS POLLY JONES' AND SHIRLEY MONROE'S MOTION TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE ON THIRD-PARTY CLAIMS ONLY upon the following by ordinary U.S. Mail addressed as follows:

Mr. Leonard Kristal
107 Diablo Dr.
Kentfield, CA 94904

David M. Cook
Stephen A. Simon
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax: (513) 721-1178

Stephen R. Felson
617 Vine St. Suite 1401
Cincinnati, Ohio 45202
Phone: (513) 721-2500
Fax: (513) 721-1120
Trial Attorney For Defendant John L. Crary

_____
Roberto Galvez
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Facsimile: (650) 227-8001

AMENDED PROOF OF SERVICE