UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | |
| **Plaintiffs** | : | Case No. C-1-01-159 |
| v. | : | Judge Herman S. Weber |
| **JOHN CRARY, et al.** | : | Magistrate Judge Timothy S. Hogan |
| **Defendant/ Third-Party Plaintiff** | : | **SUPPLEMENTAL CITATION OF AUTHORITY FOR THIRD-PARTY DEFENDANTS MOTION TO DISMISS DEFENDANT JOHN CRARY S THIRD-PARTY COMPLAINT** |
| v. | : | |
| **POLLY JONES, et al.** | : | |
| **Third-Party Defendants** | : | |
| | : | |

Third-PartyThird-Party Defendants Polly Jones andThird-Party Defendants Polly Jones a SupplementalSupplemental Citation of Authority for their Memorandum in SuppSupplemental Citatio DismissDismiss John L. Crary s Third-Party Complaint. Dismiss John L. Crary s Third-Party Complaint CourtCourt to a recent Northern District of Ohio decision, Williams v. Provident Investment Counsel, Inc., 2003 U.S. Dist., 2003 U.S. Dist. LEXIS 15348 (N.D. Ohio 2003).  This decision, which, 2 issuedissued on August 15, 2003, after the instant motissued on August 15, 2003, after the insta propriety of an ERISA fiduciary s seeking contribution against an alleged co-fiduciary.

        Respectfully submitted,

        s/ Stephen A. Simon

        _____
        David M. Cook  (Ohio Bar #0023469)
        Stephen A. Simon (Ohio Bar #0068268)
        DAVID M. COOK, LLC
        22 West Ninth Street
        Cincinnati, Ohio 45202
        Phone: (513) 721-7500
        Fax:     (513) 721-1178
        Email: dcook@dmcllc.com
        TrialTrial Attorneys for Third-PaTrial Att
        Defendants, Monroe and Jones

## CERTIFICATE OF SERVICE

II hereby certifI hereby certify that a coI hereby certify that a copy of the foregoing has b¢ September, 2003, by U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary__

        s/ Stephen A. Simon

        _____
        STEPHEN A. SIMON