UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DENNIS ALLEN, et al.**             :        Case No. C-1-01-159

    **Plaintiffs**                         Judge Herman J. Weber
                                        :
                                                Magistrate Judge Timothy S.
    **v.**                                       Hogan
                                        :
                                                **JOINT STATUS REPORT**
**JOHN CRARY, et al.**
                                        :

    **Defendant/**
                                        :
    **Third-Party Plaintiff**
                                        :
    **v.**
                                        :
**POLLY JONES, et al.**

                                        :
    **Third-Party Defendants**
                                        :

    InIn accordance In accordance witIn accordance with the Amended Scheduling Order in t

submit this Joint Status Report:

    1.    The parties completed discovery on September 15, 2003.

    2.    The dispositive motions deadline is October 15, 2003.

    3.    TheThe folThe followThe following motions are pending before the Court:  (Defenda has opposed all three motions.)

        A.    PlaintiPlaintiffs Plaintiffs  MoPlaintiffs  Motion  to  Review   Magistrate  Hogar Recommendation on Defendant John Crary s Motion to Dismiss;

        B.    Third-PartyThird-Party Defendants Polly Jones  andThird-Party Defendants Polly Dismiss Claims by Defendant/Third-Party Plaintiff John Crary; and

        C.    Third-PartyThird-Party  DThird-Party  DefendThird-Party  Defendants  Polly

ExpeditedExpedited Motion tExpedited Motion to ConExpedited Motion to Conti Third-Party Claims Only.

4. Defendant/Third-PartyDefendant/Third-Party Defendant/Third-Party PlaintDefendant/Tl maymay dismiss, Third-Party Defendant James Thelan. may dismiss, Third-Part responded the Third Party Complaint.

TheThe undersigned note that Defendant Leonard Kristal is not represented by counsel and,and, durand, during the pendency of this litigation, has been extraordinarily difficult to reach by telephone,telephone, e-mail, U.S. mail or otherwise. Actelephone, e-mail, U.S. mail or otherwise not presented to Defendant Kristal for his review.

Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon   (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorneys for Plaintiffs and Third-Party Defendants,
Shirley Monroe and Polly Jones

--and

s/ Christopher D. Denny (per written authorization on 9/30/03, s/ Stephen A. Simon)
_____

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group

500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary