# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DENNIS ALLEN, et al.                    :

      Plaintiffs                    :

      v.                              :

JOHN CRARY, et al.                      :

      Defendant/                   :
      Third-Party Plaintiff
                                   :

      v.                              :

POLLY JONES, et al.                     :

      Third-Party Defendants

                                   :

Case No. C-1-01-159

Judge Herman S. Weber

Magistrate Judge Timothy S. Hogan

**REPLY TO DEFENDANT JOHN CRARY S OPPOSITION TO THIRD-PARTY DEFENDANTS POLLY JONES  AND SHIRLEY MONROE S EXPEDITED MOTION TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE ON THIRD-PARTY CLAIMS ONLY**

Third-PartyThird-Party Defendants, Polly Third-Party Defendants, Polly JonesThird-Party Defenda

toto Defendant John Crary s ( Crary )to Defendant John Crary s ( Crary ) Oppositionto Defendant Joh

DispositiveDispositive MotionsDispositive Motions Deadline on Third-Party Claims Only. Dispositive Mot

requestrequest the Court hold an expedited telephonic conference withrequest the Court hold an exped

pending motion, given the approaching deadlines in this action.

Crary sCrary s opposition memorandum is cluttered wiCrary s opposition memorandum is clut

motion.[1]  Reduced to its essence, Crary s position is  Reduced to its essence, Crary s position is that the C

andand thereby continue the deadline for Joand thereby continue the deadline for Jones aand there

judgment.

CCrary sCrary s sole objection to this motion is that the Court also should continue other

---

[1]  The undersigned will not respond to nor dignify the inappropriate comments and innuendo made by Crary s out-of-state counsel about counsel for Jones and Monroe.

deadldeadlinesdeadlines in tdeadlines in this case, including the discovery cut-off deadline and the tr

however,however, has not movedhowever, has not moved this Court to modify the existing scheduling o

discoverydiscovery deadlinediscovery deadline ordiscovery deadline or the trial date.   It appears that

SeptemberSeptember 15), Crary seeks a *post hoc* continuance of thecontinuance of the discoverycontinu

shouldshould reject this belatedshould reject this belated and unsupported request.  The parties have ha

toto conduct discto conduct discovery in tto conduct discovery in this matter, and Crary does not asse

respectrespect to the continuance of therespect to the continuance of the trial date, Crary hasrespect to t

eexistingexisting dateexisting date and there is no cause for doing so.  The pre-trial discovery phase

mattermatter has ended, and there is no reasonmatter has ended, and there is no reason tomatter has e

originallyoriginally set for August, 2002. originally set for August, 2002  No motion by Craryoriginally se

party defendants pending resolution of the motion to dismiss occurred.

UnlikeUnlike allUnlike all other current deadlines in this case, the dispositiveUnlike all other cur

thethe claims asserted against Jones and Monroethe claims asserted against Jones and Monroe shoul

factfact that Jones s and Monroe s motion to dismiss has not yet been ruledfact that Jones s and Monr

ThereThere is no reason for Jones and MonroeThere is no reason for Jones and Monroe to file motions f

motionsmotions may bemotions may be mooted by a favorable decision on their pending motion to dis

inin many senses will be highly duplicativein many senses will be highly duplicative of the motions to

ofof judicial economy, Jones andof judicial economy, Jones and Monroeof judicial economy, Jones and

deadline,deadline, solely with respect to thedeadline, solely with respect to the third-party claims, until s

the pending motion to dismiss these claims.

Respectfully submitted,

s/ Stephen A. Simon

_____
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon   (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:     (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorneys for Third-Party Defendants,
Shirley Monroe and Polly Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 30th day of September, 2003, by facsimile to Paul D. Marotta, and U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary


Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary__

s/ Stephen A. Simon

_____
ATTORNEY FOR PLAINTIFFS

3