FILED
KENNETH J. MURPHY
CLERK

03 OCT 21  PM 3:26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, MARY JANE CRACRAFT, LELAN LITTRELL and GLASS, MOLDERS, POTTERY, PLASTIC AND ALLIED INDUSTRIAL WORKERS, LOCAL NO. 41, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD D. KRISTAL, and JOHN L. CRARY,<br><br>Defendants. | Case No: C-1-01-159<br><br>Judge Herman J. Weber<br>Magistrate Judge Timothy S. Hogan<br><br>DECLARATION OF ROBERT HOWARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| JOHN L. CRARY,<br><br>Cross-Claimant,<br><br>vs.<br><br>LEONARD D. KRISTAL,<br><br>Cross-Defendant. | |
| JOHN L. CRARY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>POLLY JONES, SHIRLEY MONROE, JAMES THELAN,<br><br>Third-Party Defendants | |

- 1 -

DECLARATION OF ROBERT HOWARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

...

I, Robert Howard, declare as follows:

1. I am over the age of eighteen and a resident of Aspen, Colorado. I submit this declaration in support of John L. Crary's motion for summary judgment.

2. The matters stated herein are known to me personally, and if called and sworn as a witness I could competently testify thereto. As to those matters stated herein on information and belief, I have been informed and believe the same to be true and upon that basis declare them to be true.

3. I was the special corporate counsel and Secretary of The Lassen Companies, Inc. ("Lassen") and its wholly owned subsidiary Wright-Bernet, Inc. ("Wright-Bernet") during the years 1999 and 2000. As such, I prepared certain corporate organizational documents including articles of incorporation, bylaws and corporate minutes for Lassen and Wright-Bernet. Other legal matters related to the operational aspects of Lassen and Wright-Bernet were handled by outside counsel directed by Lassen and Wright-Bernet management without my input or oversight.

4. To my knowledge, John L. Crary ("Crary") was never involved in the day-to-day operations of Lassen or Wright-Bernet.

5. To my knowledge Crary never had an operating role with Lassen/Wright-Bernet and no operating people reported to him at any time.

6. Lassen had three directors, Crary, Robert Morris and Leonard D. Kristal, who comprised its entire board. The Board of Lassen, not Crary individually, appointed Leonard D. Kristal ("Kristal") as the Chief Executive Officer ("CEO") and Chief Financial Officer of Lassen.

7. I believe that Kristal was the President and CEO of Wright-Bernet.

8. Crary's duty as Chairman of the board was to chair board meetings, and as an individual director, he had no individual authority or duty to monitor or oversee Kristal, the CEO of Lassen. Kristal reported to the entire board of three persons, not to any one director. Any oversight function of the CEO is accomplished by the Board collectively.

DECLARATION OF ROBERT HOWARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

9. As an individual director, Crary had no authority or duty to monitor or oversee any fiduciary for Lassen Group Benefit Plan or 401K plan (collectively, the "Plans").

10. As an individual director, Crary had no capacity to unilaterally appoint or remove the CEO of Lassen.

11. As an individual director, Crary had no capacity to unilaterally appoint or remove any fiduciary of the Plans.

12. During the period of time I performed services for Lassen and Wright-Bernet, I never knew that they were (i) not timely paying withholding taxes, or (ii) deducting health insurance contributions from employees paychecks that were not being properly paid to the health insurance carrier or health care providers.

13. Consequently, I never discussed with Crary or told him that there were problems with deducted Lassen health benefit plan contributions not being paid to Great West, the Lassen health insurance provider, problems with deducted Lassen 401(k) plan contributions, or problems with Lassen/Wright-Bernet payroll taxes.

14. I have no information or knowledge that (i) Crary was a fiduciary of the Lassen Group Benefit Plan, (ii) Crary was a fiduciary for the Lassen 401(k) plan, (iii) Crary appointed Kristal as either CEO or as a health plan fiduciary, or (iv) Crary appointed Kristal as the 401(k) plan fiduciary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 14th, 2003 at Aspen, Colorado.

Robert Howard

- 3 -
DECLARATION OF ROBERT HOWARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT