**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION, CINCINNATI**

| | | |
|---|---|---|
| **Dennis Allen, et al.** | : | |
| **Plaintiffs** | : | **Case No. C-1-01-159** |
| **v.** | : | **Judge Herman S. Weber** |
| | | **Magistrate Judge Timothy S. Hogan** |
| **Leonard Kristal** | : | |
| **and** | : | **PLAINTIFFS  RESPONSE TO** |
| | : | **DEFENDANT JOHN L. CRARY S** |
| **John Crary** | | **MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| **Defendant** | : | **and** |

**PLAINTIFFS  CROSS-MOTION FOR**
**SUMMARY JUDGMENT AGAINST**
**DEFENDANT JOHN L. CRARY**

Plaintiffs Dennis Allen, et al. ( Plaintiffs ) submit their response to Defendant

John L. Crary s ( Crary ) motion for summary judgment, and move this Court pursuant

to Federal Rule of Civil Procedure 56 for summary judgment against Defendant John L.

Crary.  No genuine issues of material fact exist concerning Crary s status as a fiduciary,

his conduct as alleged in Plaintiffs  Amended Complaint, and his failure to comply with

the duties imposed on fiduciaries under ERISA.  For these reasons, Plaintiffs request

the Court enter judgment against Crary and order relief as more fully described in the

accompanying memorandum in support.

Date

Respectfully submitted,

/s/ David M. Cook

_____

David M. Cook (0023469)
Stephen A. Simon (0068268)
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:     (513) 721-1178

ATTORNEYS FOR PLAINTIFFS

_____

**CERTIFICATE OF SERVICE**

II hereby certify that a copy of the foregoing hI hereby certify that a copy of the foregoing
November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

s/ David M. Cook

_____
ATTORNEY FOR PLAINTIFFS