UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **Dennis Allen, et al.** | : | |
| **Plaintiffs** | : | Case No. C-1-01-159 |
| v. | : | Judge Herman S. Weber |
| | : | Magistrate Judge Timothy S. Hogan |
| **Leonard Kristal** | : | |
| and | : | **PLAINTIFFS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT LEONARD D. KRISTAL** |
| **John Crary** | : | |
| **Defendant** | | |

Plaintiffs Dennis Allen, et al. ( Plaintiffs ) move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment against Defendant Leonard D. Kristal ( Kristal ). No genuine issues of material fact exist concerning Kristal s status as a fiduciary, his conduct as alleged in Plaintiffs Amended Complaint, and his failure to comply with the duties imposed on fiduciaries under ERISA. For these reasons, Plaintiffs request the Court enter judgment against Kristal and order relief as more fully described in the accompanying memorandum in support.

Date: November 10, 2003	Respectfully submitted,

/s/ David M. Cook

_____
David M. Cook (0023469)
Stephen A. Simon (0068268)
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

II hereby certify that a copy of the foregoing hI hereby certify that a copy of the foregoing November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                        s/ David M. Cook
                                        _____
                                        ATTORNEY FOR PLAINTIFFS