# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DENNIS ALLEN, et al.**                    :

     **Plaintiffs**                    :

     **v.**                    :

**JOHN CRARY, et al.**                    :

     **Defendant/**                    :
     **Third-Party Plaintiff**

     **v.**                    :

**POLLY JONES, et al.**                    :

     **Third-Party Defendants**                    :

Case No. C-1-01-159

Judge Herman S. Weber

Magistrate Judge Timothy S. Hogan

**PLAINTIFFS  NOTICE OF MANUALLY FILING ATTACHMENTS TO MEMORANDUM IN SUPPORT OF PLAINTIFFS  MOTIONS FOR SUMMARY JUDGMENT AGAINST DEFENDANTS JOHN L. CRARY AND LEONARD KRISTAL**

\*   \*   \*   \*   \*

Plaintiffs, Dennis Allen, et al. ( Plaintiffs ), submit this Notice that they are manually filing herein the Declaration of David M. Cook, and the documents referenced therein, as an attachment to the supporting memoranda for Plaintiffs  motions for summary judgment against Defendants John L. Crary and Leonard Kristal.

Respectfully submitted,

s/ David M. Cook

_____
David M. Cook (0023469)
Stephen A. Simon (0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 10th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

s/ David M. Cook
_____
ATTORNEY FOR PLAINTIFFS