Sent By: LASSEN COMPANIES; 19499476505; Sep-17-01 12:53PM; Page 1/1

**THE LASSEN COMPANIES, INC.**

*G + th*

*Prel Term*

*56628
Prudential
Plan term
10-1-01
Annette*

Transmitted Via Facsimile To: 215-542-1964

September 17, 2001

Bisys
Attention: De-conversion
323 Norristown Road
Ambler, PA 19002

Re: **PLAN # 056628**

Ladies and Gentlemen:

I am the Plan Administrator of Bisys Plan # 056628.

We desire to terminate this 401 (k) Plan effective October 1, 2001.

Please contact us immediately so that arrangements can be made to accomplish the foregoing. I can be reached by cell at (949) 300-2424 or at my office (949) 477-6500 extension 200.

Sincerely,

Leonard D. Kristal
Plan Adminstrator
The Lassen Companies, Inc.

Cc: Ms. Shirley Monroe, Director Human Resources

3345 MICHELSON DRIVE, SUITE 250, IRVINE, CALIFORNIA 92612-0650   TEL: 949.477.6500   FAX: 949.477.6505



EXHIBIT C



Mailing Address: 200 Dryden Road
Dresher, Pa 19025

Date: 8-26-02

Number of pages including cover sheet: 2

To: Bob Morris

Phone:
Fax phone: 949-495-2124
CC:

From: Patty Dengler
Plan Termination Specialist

Phone: 215-648-5053
Fax phone: 215-648-4888

REMARKS: ☐ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please comment

Per our conversation yesterday.
Thanks!
Patty

Bob -
Per your voicemail - I am faxing again. Let me know if it comes through ok. thanks!
Patty

CC/ David Cook / David M. Cook, LLC
22 West Ninth Street
Cincinnati, OH 45202 OH 45202
513-721-7500 Fax 513-721-1178
dcook@dmcllc.com