**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/ Third-Party Plaintiff** | : | **THIRD-PARTY DEFENDANT POLLY JONES S MOTION FOR SUMMARY JUDGMENT** |
| v. | : | |
| **POLLY JONES, et al.** | : | |
| **Third-Party Defendants** | : | |
| | : | |

\* \* \* \* \*

Third-Party Defendant, Polly Jones ( Jones ), moves this Court pursuant to Fed. R. Civ. Pro. 56 for summary judgment on the third-party claim for indemnification asserted against Jones by Defendant John L. Crary. A supporting memorandum is attached and filed herein. Jones also has filed herein her proposed Findings of Fact and Conclusions of Law.

        Respectfully submitted,

        s/ David M. Cook

        _____
        David M. Cook (0023469)
        Stephen A. Simon (0068268)
        DAVID M. COOK, LLC
        22 West Ninth Street
        Cincinnati, Ohio 45202
        Phone: (513) 721-7500
        Fax:    (513) 721-1178

        Trial Attorneys for Polly Jones

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served this 10th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                              s/ David M. Cook
                                        _____
                                        ATTORNEY FOR POLLY JONES