UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/** | : | |
| **Third-Party Plaintiff** | | **THIRD-PARTY DEFENDANT POLLY** |
| | : | **JONES S NOTICE OF MANUALLY** |
| v. | | **FILING ATTACHMENTS TO JONES S** |
| | : | **MEMORANDUM IN SUPPORT OF** |
| **POLLY JONES, et al.** | | **MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| **Third-Party Defendants** | | |
| | : | |

\* \* \* \* \*

Third-Party Defendant, Polly Jones, submits this Notice that she is manually filing herein the following attachments to her Memorandum in Support of Motion for Summary Judgment: Declaration of Polly Jones (Exhibit A); *Williams v. Provident Investment Counsel, Inc.*, 2003 U.S. Dist. LEXIS 15348 (N.D. Ohio 2003 (Exhibit B); and *Restatement (Second) of Trusts*, § 258, pp. 650-654 (1959) (Exhibit C).

                                        Respectfully submitted,

                                        s/ David M. Cook

                                        _____
                                        David M. Cook (0023469)
                                        Stephen A. Simon (0068268)
                                        DAVID M. COOK, LLC
                                        22 West Ninth Street
                                        Cincinnati, Ohio 45202
                                        Phone: (513) 721-7500
                                        Fax:    (513) 721-1178
                                        Trial Attorneys for Polly Jones

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served this 10th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                                    s/ David M. Cook
                                                    _____
                                                    ATTORNEY FOR POLLY JONES