UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/ Third-Party Plaintiff** | : | **THIRD-PARTY DEFENDANT SHIRLEY MONROE S NOTICE OF MANUALLY FILING ATTACHMENTS TO MONROE S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | : | |
| **POLLY JONES, et al.** | : | |
| **Third-Party Defendants** | : | |

\* \* \* \* \*

Third-Party Defendant, Shirley Monroe, submits this Notice that she is manually filing herein the following attachments to her Memorandum in Support of Motion for Summary Judgment:   Declaration of Shirley Monroe (Exhibit A); *Williams v. Provident Investment Counsel, Inc.*, 2003 U.S. Dist. LEXIS 15348 (N.D. Ohio 2003 (Exhibit B); and 29 CFR 2509.75-8 (Exhibit C).

    Respectfully submitted,

    s/ David M. Cook

    _____
    David M. Cook (0023469)
    Stephen A. Simon (0068268)
    DAVID M. COOK, LLC
    22 West Ninth Street
    Cincinnati, Ohio 45202
    Phone: (513) 721-7500
    Fax:    (513) 721-1178
    Trial Attorneys for Shirley Monroe

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served this 10th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                          s/ David M. Cook
                                      _____
                                      ATTORNEY FOR SHIRLEY MONROE