UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | |
| **Plaintiffs** | : | Case No. C-1-01-159 |
| v. | : | Judge Herman S. Weber |
| **JOHN CRARY, et al.** | : | Magistrate Judge Timothy S. Hogan |
| **Defendant/ Third-Party Plaintiff** | : | **THIRD-PARTY DEFENDANTS POLLY JONES S AND SHIRLEY MONROE S MOTION TO CLARIFY THE ORDER DENYING AS MOOT THEIR EXPEDITED MOTION TO CONTINUE THE DISPOSITIVE MOTIONS DEADLINE ON THIRD-PARTY CLAIMS ONLY** |
| v. | : | |
| **POLLY JONES, et al.** | : | |
| **Third-Party Defendants** | : | |
| | : | |

\* \* \* \* \*

Third-Party Defendants, Polly Jones ( Jones ) and Shirley Monroe ( Monroe ), move this Court to clarify its Order denying  as moot  Jones s and Monroe s Expedited Motion to Continue the Dispositive Motions Deadline on Third-Party Claims Only, entered on November 12. (R. 89). Regrettably, the Order mistakenly identified the wrong deadline that was the subject of the expedited motion. Jones and Monroe had sought an extension of the <u>motion for summary judgment</u> filing deadline, not the deadline for filing a motion to dismiss. As explained more fully below, Jones and Monroe move the Court to darify the November 12 Order.

## **MEMORANDUM IN SUPPORT**

On April 16, 2003, Defendant John L. Crary ( Crary ) filed a Third-Party Complaint for Indemnity against Jones and Monroe. (R. 45). On May 9, Jones and Monroe filed, in response, a Motion to Dismiss Crary s Third-Party Complaint for Failure to State a Claim ( Motion to Dismiss ). (R. 49). The Court did not immediately rule on this motion. Many months later, after the close of discovery on September 15, the Motion to Dismiss still had not been decided and the deadline for motions for summary judgment, on October 15, was fast-approaching. The undersigned approached Crary s counsel about an extension of the motion for summary judgment deadline, with respect to these third-party claims asserted by Crary, until such time as the Court ruled on the Motion to Dismiss. Crary s counsel refused. When asked if he would participate in an informal discovery conference with the Court to discuss an extension of this deadline, he refused again.

Accordingly, on September 26, Jones and Monroe filed their Expedited Motion to Continue the Dispositive Motions Deadline on Third-Party Claims Only ( Expedited Motion to Continue ).[1] (R. 60). They also formally requested an informal discovery conference with the Court. Jones and Monroe did not receive a response from the Court on their request or motion. Out of an abundance of caution, Jones and Monroe filed their respective motions for summary judgment on November 10. (R. 80, 84). Two

---

[1] In his Response to the Expedited Motion to Continue, Crary actually did not oppose the Court s granting an extension of the dispositive motions deadline for the third-party claims. (R. 64). Rather, his only objection to the motion was that the Court should consider continuing other deadlines, such as the trial date, in addition to the dispositive motions deadline.

days later, on November 12, Magistrate Judge Hogan issued his Report and Recommendation, denying Jones's and Monroe's Motion to Dismiss. (R. 88).

Also on November 12, the Court "denied as moot" the Expedited Motion to Continue. (R. 89). In its Order, the Court explained that the motion was moot because Jones and Monroe already had timely filed their <u>motion to dismiss</u> in May, which was several months before the dispositive motions deadline of October 15. However, the subject of the Expedited Motion to Continue was the <u>motion for summary judgment</u> deadline, not the motion to dismiss deadline.

For this reason, Jones and Monroe seek a clarification of the Order. It is indeed correct that the Expedited Motion to Continue is now <u>moot</u>, because Jones and Monroe already filed their respective motions for summary judgment on November 10. However, Jones and Monroe ask the Court to clarify that the Order did <u>not</u> render their motions for summary judgment untimely. These motions certainly deserve to be decided on their merits.[2] As set forth in the memoranda in support of these motions for summary judgment, Crary has no claim for indemnity against Monroe or Jones based on the undisputed facts of this case. (R. 81, 85).[3]

Monroe and Jones therefore seek a clarification of the November 12 Order, so that it reflects that the Expedited Motion to Continue was mooted because Jones and

---

[2] On this same basis, the Court should grant Plaintiffs' Motions to Continue the Dispositive Motion Deadline (R. 66), upon which the Court has not yet ruled. Having not received a decision on the motion to continue and out of an abundance of caution, Plaintiffs filed their respective motion and cross-motion for summary judgment against Defendants Crary and Leonard Kristal on November 10 (R. 72, 75), the same date Plaintiffs timely filed their memorandum in opposition to Crary's motion for summary judgment.

[3] Jones and Monroe did not move for summary judgment solely on the basis set forth in the Motion to Dismiss; rather, they are also entitled to summary judgment based on the <u>evidence</u> adduced in this case.

3

Monroe filed their motions for summary judgment and, having been submitted, the Court will now consider these motions on their merits.

                        Respectfully submitted,

                        s/ Stephen A. Simon
                        _____
                        David M. Cook  (Ohio Bar #0023469)
                        Stephen A. Simon   (Ohio Bar #0068268)
                        DAVID M. COOK, LLC
                        22 West Ninth Street
                        Cincinnati, Ohio 45202
                        Phone: (513) 721-7500
                        Fax:    (513) 721-1178
                        Email: dcook@dmcllc.com
                        Trial Attorneys for Third-Party Defendants,
                        Shirley Monroe and Polly Jones

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served this 14th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                                s/ Stephen A. Simon
                                                _____
                                                ATTORNEY FOR POLLY JONES AND
                                                SHIRLEY MONROE