FILED
KENNETH J. MURPHY
CLERK

03 NOV 10 PM 4:15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, et al. | Case No. C-1-01-159 |
| Plaintiffs | Judge Herman S. Weber |
| v. | Magistrate Judge Timothy S. Hogan |
| JOHN CRARY, et al. | |
| Defendant/Third-Party Plaintiff | **PLAINTIFFS' NOTICE OF MANUALLY FILING DEPOSITION TRANSCRIPTS AND EXHIBITS** |
| v. | |
| POLLY JONES, et al. | |
| Third-Party Defendants | |

\* \* \* \* \*

Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), submit this Notice that they are manually filing herein the following transcripts of depositions taken in this matter:

1. Deposition of Leonard Kristal, 1/3/02;
2. Deposition of Leonard Kristal, 7/26/02;
3. Deposition of Leslie Ann Leath, 1/31/02;
4. Deposition of Shirley A. Monroe, 4/24/02;
5. Deposition of Shirley A. Monroe, 8/27/03;
6. Deposition of Polly Jones, 1/22/03;
7. Deposition of Randy Pickering, 1/23/03;
8. Deposition of John L. Crary, 4/11/03, including separate, confidential excerpt of transcript;
9. Deposition of Dennis Allen; 8/28/03;
10. Deposition of Lelan Littrell, 8/28/03;
11. Deposition of Mary Cracraft, 8/29/03;
12. Deposition of Lloyd Nolan, 8/29/03;
13. Deposition of Michael Pekar, 9/11/03;
14. Deposition of Michael Andrew Lindemuth, 9/12/03; and
15. Deposition of Robert G. Bernet, Jr., 9/12/03.

Plaintiffs also have manually filed herein copies of all the exhibits from the foregoing depositions, exhibits nos. 1 - 107.

Respectfully submitted,

s/ David M. Cook

---
David M. Cook (0023469)
Stephen A. Simon (0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Trial Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 10th day of November, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

s/ David M. Cook

---
ATTORNEY FOR PLAINTIFFS
