UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, MARY JANE CRACRAFT, LELAN LITTRELL and GLASS, MOLDERS, POTTERY, PLASTIC AND ALLIED INDUSTRIAL WORKERS, LOCAL NO. 41, AFL-CIO,<br><br>            Plaintiffs,<br><br>vs.<br><br>LEONARD D. KRISTAL, and JOHN L. CRARY,<br><br>            Defendants. | Case No: C-1-01-159<br><br>Judge Herman J. Weber<br>Magistrate Judge Timothy S. Hogan<br><br>DEFENDANT JOHN L. CRARY'S OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER. |
| JOHN L. CRARY,<br><br>            Cross-Claimant,<br><br>vs.<br><br>LEONARD D. KRISTAL,<br><br>            Cross-Defendant. | |
| JOHN L. CRARY,<br><br>            Third-Party Plaintiff,<br><br>vs.<br><br>POLLY JONES, SHIRLEY MONROE, JAMES THELAN,<br><br>            Third-Party Defendants | |

Defendant John L. Crary, by and through his counsel, hereby respectfully submits his Opposition to Plaintiffs' motion for order respecting Plaintiffs' re-filed summary judgment motion and memorandum of points and authorities in support thereof. This Opposition is based upon the

following Memorandum of Points and Authorities and all other pleadings and papers on file or to be filed in support of this Opposition and upon such other and further argument as may be presented at any hearing of this matter.

**MEMORANDUM IN OPPOSITION**

On or about November 20, 2003, Plaintiffs re-filed their motion for summary judgment and memorandum of points and authorities in support of such motion. At the same time, Plaintiffs filed a "motion for order" essentially asking this Court to "deem" their re-filed summary judgment papers as being filed on November 10, 2003, rather than November 20, 2003.

Defendant Crary hereby writes only to object to any reference to Plaintiffs' summary judgment papers as being "properly filed." Crary submits that Plaintiffs' motion is outside this Court's amended scheduling order and therefore late whether filed on November 10, 2003 or on November 20, 2003.

Crary filed his motion for summary judgment on October 15, 2003 in accordance with this Court's amended scheduling order. Plaintiffs and Third-Party Defendants filed a raft of pleadings on November 10, 2003, all untimely under this Court's amended scheduling order. Two days after Plaintiffs' and Third-Party Defendants' untimely filings this Court denied Third-Party Defendants' motion to extend the dispositive motions cutoff date.

Plaintiffs seem to interpret the Court's inaction on their motion as license to wait for a ruling. It is clear however that the amended scheduling order of this Court is, and always has been, firmly in pace until modified. Without modification; without a ruling on Plaintiffs' motion, the amended scheduling order is the order of this Court and, Crary submits, should be followed. In the absence of this Court granting Plaintiffs' motion to continue the date in the amended scheduling order, Plaintiffs should have respected the Court's scheduling order.

But they did not. They filed a raft of pleadings, all of which were late. Even the opposition to Crary's motion for summary judgment was late, despite Plaintiffs' assertions otherwise. The amended scheduling order clearly requires any opposition to a dispositive motion to be filed within 20 days. Crary brought his motion for summary judgment on October 15, 2003, in accordance with the scheduling order. Plaintiffs' opposition was due 20 days later, on November 4, but

Plaintiffs instead filed their opposition November 10, 2003, 6 days later. And all three motions for summary judgment filed by Plaintiffs and both Third-Party Defendants were filed 26 days late. Crary does not like making procedural arguments of this sort, but Plaintiffs' disregard for this Court's orders is baffling and Crary was disadvantaged by being forced to try to "interpret" the amended scheduling order to determine when his reply and oppositions would be due.

      For these reasons, Crary respectfully submits that Plaintiffs' summary judgment papers were filed late, whether they are "deemed" filed on November 10, 2003 or November 20, 2003. Therefore, Crary submits, this Court should refuse to hold that the summary judgment papers were "properly" filed.

Respectfully submitted,

/s/ *Stephen R. Felson*
Stephen R. Felson (0038432)
617 Vine St.
Suite 1401
Cincinnati, Ohio 45202
Telephone: (513) 721-4900
Facsimile: (513) 639-7011

and

Paul David Marotta, California State Bar No. 111812
Jennifer Chen, California State Bar No. 205264
THE CORPORATE LAW GROUP
500 Airport Boulevard, Suite 120
Burlingame, CA 94010
Telephone:     (650) 227-8000
Facsimile:     (650) 227-8001

DEFENDANT JOHN L. CRARY'S OPPOSITION TO PLAINTIFFS MOTION FOR ORDER.

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leonard Kristal (pro se)  
620 North Third Street  
Aspen, Colorado 81611

Leonard Kristal  
ldkristal@yahoo.com

Leonard Kristal  
2116 East Thackery Street  
West Covina, CA 91791

David M. Cook (0023469)  
22 West Ninth Street  
Cincinnati, OH 45202

/s/ *Stephen R. Felson*

- 4 -  
DEFENDANT JOHN L. CRARY'S OPPOSITION TO PLAINTIFFS MOTION FOR ORDER.