FILED
JAMES BONINI
CLERK

03 DEC -1 PM 3:15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, MARY JANE CRACRAFT, LELAN LITTRELL and GLASS, MOLDERS, POTTERY, PLASTIC AND ALLIED INDUSTRIAL WORKERS, LOCAL NO. 41, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD D. KRISTAL, and JOHN L. CRARY,<br><br>Defendants. | Case No: C-1-01-159<br><br>Judge Herman J. Weber<br>Magistrate Judge Timothy S. Hogan<br><br>DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT POLLY JONES' MOTION FOR SUMMARY JUDGMENT |
| JOHN L. CRARY,<br><br>Cross-Claimant,<br><br>vs.<br><br>LEONARD D. KRISTAL,<br><br>Cross-Defendant. | |
| JOHN L. CRARY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>POLLY JONES, SHIRLEY MONROE, JAMES THELAN,<br><br>Third-Party Defendants | |

- 1 -

DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT POLLY JONES' MOTION FOR SUMMARY JUDGMENT

I, Jennifer Chen, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California, the Federal District Court for the Northern District of California, the Federal Court of Appeals for the Ninth Circuit, and have been admitted *Pro Hac Vice* in this matter.

2. I am an attorney practicing with The Corporate Law Group, co-counsel of record for defendant, cross-claimant and third-party plaintiff John L. Crary in this matter.

3. I submit this declaration in support of John L. Crary's Opposition to Third-Party Defendant Polly Jones' Motion for Summary Judgment. The matters stated herein are known to me personally, and if called and sworn as a witness I could competently testify thereto. As to those matters stated herein on information and belief, I have been informed and believe the same to be true and upon that basis declare them to be true.

4. Attached hereto as Exhibit A is a true and correct copy of pages 6 and 45 of The Lassen Companies, Inc. ("Lassen") All Benefits Book.

5. Attached hereto as Exhibit B is a true and correct copy of Great-West online health plan order form.

6. Attached hereto as Exhibit C is a true and correct copy of page 8 of the deposition transcript for the deposition of Polly Jones conducted on January 22, 2003 ("Jones' Deposition Transcript").

7. Attached hereto as Exhibit D is a true and correct copy of page 9 of the deposition transcript for the deposition of Randy Pickering conducted on January 23, 2003 ("Pickering's Deposition Transcript").

8. Attached hereto as Exhibit E is a facsimile dated June 23, 1999 from Polly Jones ("Jones") to Leonard D. Kristal ("Kristal").

9. Attached hereto as Exhibit F is a true and correct copy of a letter from Pickering Insurance Services to Kristal.

10. Attached hereto as Exhibit G is a true and correct copy of Group Commission Agreement between Great-West and Pickering Insurance Service, a one page fax letter from Jones

1 | to Kristal dated August 10, 1999, and two pages commission split statement to Grant Bening.

2 | 11. Attached hereto as Exhibit H is a true and correct copy of Jones' proposed amendment to Lassen health plan that Jones faxed to Kristal on March 17, 2000.

4 | 12. Attached hereto as Exhibit I is a true and correct copy of Jones' email to Great-West dated June 23, 1999.

6 | 13. Attached hereto as Exhibit J is a true and correct copy of Lassen claim account's check transfer detail and banking information that Jones faxed to Krital on June 3, 1999.

8 | 14. Attached hereto as Exhibit K is a true and correct copy of an email from Jones to Roxanne Cueva.

10 | 15. Attached hereto as Exhibit L is a true and correct copy of page 70 of Jones' Deposition Transcript.

12 | 16. Attached hereto as Exhibit M is a true and correct copy of Exhibit No. 47 to Jones' Deposition Transcript.

14 | 17. Attached hereto as Exhibit N is a true and correct copy of Exhibit No. 66 to Jones' Deposition Transcript.

16 | 18. Attached hereto as Exhibit O is a true and correct copy of Exhibit No. 74 to Jones' Deposition Transcript.

18 | I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 25, 2003 at Burlingame, California.

*Jennifer Chen* (signature)

- 3 -

DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT POLLY JONES' MOTION FOR SUMMARY JUDGMENT