FILED
JAMES BONINI
CLERK

03 DEC -1 PM 3:15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS ALLEN, MARY JANE CRACRAFT, LELAN LITTRELL and GLASS, MOLDERS, POTTERY, PLASTIC AND ALLIED INDUSTRIAL WORKERS, LOCAL NO. 41, AFL-CIO,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD D. KRISTAL, and JOHN L. CRARY,<br><br>Defendants. | Case No: C-1-01-159<br><br>Judge Herman J. Weber<br>Magistrate Judge Timothy S. Hogan<br><br>DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT SHIRLEY MONROE'S MOTION FOR SUMMARY JUDGMENT |
| JOHN L. CRARY,<br><br>Cross-Claimant,<br><br>vs.<br><br>LEONARD D. KRISTAL,<br><br>Cross-Defendant. | |
| JOHN L. CRARY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SHIRLEY MONROE, SHIRLEY MONROE, JAMES THELAN,<br><br>Third-Party Defendants | |

- 1 -

DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT SHIRLEY MONROE'S MOTION FOR SUMMARY JUDGMENT

I, Jennifer Chen, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California, the Federal District Court for the Northern District of California and the Federal Court of Appeals for the Ninth Circuit and have been admitted *Pro Hac Vice* in this matter.

2. I am an attorney practicing with The Corporate Law Group, co-counsel of record for defendant, cross-claimant and third-party plaintiff John L. Crary in this matter.

3. I submit this declaration in support of John L. Crary's Opposition to Third-Party Defendant Shirley Monroe's Motion for Summary Judgment. The matters stated herein are known to me personally, and if called and sworn as a witness I could competently testify thereto. As to those matters stated herein on information and belief, I have been informed and believe the same to be true and upon that basis declare them to be true.

4. Attached hereto as Exhibit A is a true and correct copy of pages 15, 37, 38 and 87 of the deposition transcript for the deposition of Shirley A. Monroe conducted by plaintiffs' counsel on April 24, 2002 ("Monroe's First Deposition Transcript").

5. Attached hereto as Exhibit B is a true and correct copy of Great-West online health plan order form, and page 39 of Monroe's First Deposition Transcript.

6. Attached hereto as Exhibit C is a true and correct copy of page 34 of Monroe's First Deposition Transcript.

7. Attached hereto as Exhibit D is a true and correct copy of page 12 of the deposition transcript for the deposition of Shirley A. Monroe on August 27, 2003 ("Monroe's Second Deposition Transcript").

8. Attached hereto as Exhibit E is a true and correct copy of page 74 of Monroe's Second Deposition Transcript.

9. Attached hereto as Exhibit F is a true and correct copy of pages 20 and 21 of Monroe's Second Deposition Transcript.

10. Attached hereto as Exhibit G is a true and correct copy of page 18 of Monroe's Second Deposition Transcript.

DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT SHIRLEY MONROE'S MOTION FOR SUMMARY JUDGMENT

11. Attached hereto as Exhibit H is a true and correct copy of page 10 of Monroe's First Deposition Transcript, and page 18 of Monroe's Second Deposition Transcript.

12. Attached hereto as Exhibit I is a true and correct copy of pages 50 and 51 of Monroe's First Deposition Transcript.

13. Attached hereto as Exhibit J is a true and correct copy of page 48 of Monroe's First Deposition Transcript.

14. Attached hereto as Exhibit K is a true and correct copy of page 36 of Monroe's Second Deposition Transcript.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 25, 2003 at Burlingame, California.

*Jennifer Chen*

- 3 -

DECLARATION OF JENNIFER CHEN IN SUPPORT OF DEFENDANT JOHN L. CRARY'S OPPOSITION TO THIRD-PARTY DEFENDANT SHIRLEY MONROE'S MOTION FOR SUMMARY JUDGMENT