UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DENNIS ALLEN, et al.,              :

    Plaintiffs                     :

    -v-                            : Case No. C-1-01-159
                                   : Judge Herman S. Weber
                                   : Magistrate Judge
                                   : Timothy S. Hogan

THE LASSEN COMPANIES, INC.,        :
et al.,                            :

    Defendants                     :


- 0 -

    The deposition of **SHIRLEY A. MONROE**, taken before Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, at the law offices of David M. Cook, LLC, 22 West Ninth Street, on the 24th day of April, 2002, beginning at the hour of 10:05 a.m. and ending at 12:59 p.m. of the same date.

- 0 -


**RIVERSIDE REPORTING**
Certified Court Reporters
P.O. Box 949
Covington, Kentucky 41012
KY(859)291-6110   OH(513)574-7017


COPY

```
1    out of 300 employees, a majority were represented by
2    the GMP?
3         A    Oh, at least 270 to 275.
4         Q    So when Lassen Companies took over
5    January 1, 1999, there were in the neighborhood of 270
6    employees --
7         A    Actually, no.  What had happened was
8    there was a split, okay?  Some of the products that
9    Wright Bernet made had Ekco Cleaning labeled, okay?
10   When the sale -- and I wasn't involved in the sale, so
11   you'll have to bear with me on this, okay?
12        Q    Stopping you for a second, what was
13   your position in late 1998?  Were you still
14   administrative assistant?
15        A    Human resources.  No.  I became human
16   resources in May of 1997.
17        Q    What was your position?  You say human
18   resources.
19        A    It was payroll, safety, human
20   resources, administering the 401(k).  Basically I took
21   over everything that the human resources was doing in
22   Massachusetts.
23        Q    Okay.  That was like five months after
24   Kellogg had closed and they moved the operations to
25   Hamilton?
```

1     A     Yes.

2     Q     Were the union employees, to your
3 knowledge, aware of this difficulty with the Cigna
4 plan?

5     A     Yes they were.  There were a lot of the
6 union employees that did not get into the 401(k) plan
7 for that particular reason.

8     Q     What was Mr. Kristal's involvement with
9 this difficulty with the deductions for the Cigna plan?

10    A     They just weren't paying it.

11    Q     Did you have conversations with Mr.
12 Kristal about this?

13    A     I wasn't the controller at the time.
14 We had somebody at Wright Bernet, whose name was Jerry
15 Hunsche, H-U-N-S-C-H-E, who was dealing more with that
16 information.  He was Wright Bernet's controller.  He
17 was their -- he was hired in October/November of '97
18 and he was with Wright Bernet until January of 2000.

19    Q     He was only a Wright Bernet employee?
20 Well, he worked for just the Wright Bernet facility,
21 not the rest of Lassen?

22    A     No.  He was not the controller.  James
23 Thelen was the corporate controller.

24    Q     All right.  Did you also have some
25 responsibilities regarding the health benefit plan?

1   A   Yes.

2   Q   Who was the plan administrator? Let me
3   ask you a different question. How was Pickering
4   Insurance involved?

5   A   They were the brokers.

6   Q   The broker for Great --

7   A   For Lassen.

8   Q   How was Great-West involved?

9   A   They were the -- they were the plan.
10  They were -- they were the insurance company.

11  Q   Did there at some point become a
12  difficulty with Lassen -- by the way, this was a self-
13  funded plan?

14  A   It was a partially self-funded plan.

15  Q   Was there a stop-loss policy?

16  A   Yes, yes.

17  Q   So Lassen was responsible for paying
18  the claims on the plan up to a certain point?

19  A   Up to $44,000 a month. Actually the
20  way it was explained to me by Randy Pickering, was
21  there was actually an annual number and it was like
22  $44,000 times 12, and once it was --once that number
23  was basically exceeded, then we didn't pay any more.

24  Q   Okay.

25  A   Okay. But I wasn't privy to all that

1  have been the letters that I sent to the employees
2  collecting --
3      Q    All right.  Reading his testimony, you
4  might think that he's referring to a heads-up to
5  employees at the plant as about to terminate, but your
6  testimony is no, when employees were told, it was after
7  the fact, when Great-West terminated the plan, right?
8      A    That's correct.  There was no heads-up.
9  And, like I explained before, if he had required me to
10 send something out formally, saying that the plan was
11 being terminated at company discretion, I would have
12 left.  I would have left the company because that was
13 in violation of the union contract.
14          MR. SIMON:  All right.  Off the record
15     for a second.
16              (OFF THE RECORD)
17 BY MR. SIMON:
18     Q    Ms. Monroe, as director of human
19 resources for Lassen, were you responsible for the
20 benefit plan as it applied to all the employees in
21 Lassen?
22     A    Yes.
23     Q    Were there other difficulties besides
24 Wright Bernet's employees, in terms of the health
25 benefit plan or was it all of Lassen?

C-E-R-T-I-F-I-C-A-T-I-O-N

STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;

      I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

      That on the 24th day of April, 2002, there appeared before me pursuant to Notice and agreement of counsel, **SHIRLEY A. MONROE**, as a witness in the previously entitled cause;

      That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

      That the deposition was taken by me via Stenomask and electronic recording and the foregoing 105 pages contain a true, full and correct transcription of all the testimony of said witness;

      That the deposition was submitted to the witness for reading and signature;

      That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of May, 2002.

                                     Susan K. Lee, CVR-CM
                                     My commission expires:
                                     August 30, 2004

MAR 14 '00 14:32 FR GWL - SAN DIEGO   858 558 0831 TO 17607589926   P.02/03



**Great-West**
LIFE & ANNUITY INSURANCE COMPANY

ONLINE HEALTH PLAN
(BENLink) ORDER FORM
__/__/__
(date)

To be completed by Employee Benefits Office    (Complete both sides and return to Employee Benefits Operations, Denver)

**POLICYHOLDER INFORMATION**   BROKER: ☐ YES ☐ NO   ☐ CHECK HERE FOR VIEW ONLY

Note: The BENLink System must be installed at the Policyholder's address below. BENLink is exclusively licensed for use only by full-time employees of the Policyholder.

COMPANY NAME: THE LASSEN COMPANIES INC
STREET ADDRESS: 3345 MICHELSON DRIVE #250
CITY: IRVINE   STATE: CA   ZIP CODE: 92612-0650
MAILING ADDRESS: 3001 SYMMES ROAD
CITY: HAMILTON   STATE: OH   ZIP CODE: 45015-
PHONE NUMBER: 513-874-1800   EXTENSION: 28   FAX NUMBER: 513-874-5899
PRIMARY CONTACT: SHIRLEY MONROE   TITLE: HR MANAGER
TECHNICAL SUPPORT NAME:    EXTENSION:

**HEALTH PLAN ADMINISTRATORS**   (NAME, PHONE and SOCIAL SECURITY NUMBERS of ALL persons with access are REQUIRED)

→ USER NAME (One name is required): POLLY JONES   PHONE/EXTENSION: 760-758-9800   SSN: 334405575
→ USER NAME (Optional): SHIRLEY MONROE   PHONE/EXTENSION: 513-874-1800-28   SSN: 396605932
USER NAME (Optional):    PHONE/EXTENSION:    SSN:

**FIELD OFFICE INFORMATION**

GROUP SALES OFFICE:    SALES REPRESENTATIVE:
BPO:    SERVICE REPRESENTATIVE:

PLAN TYPE: ☐ PPO  ☐ POS  ☐ HMO   CASE STATUS? ☐ NEW  ☐ IN FORCE
(Check all that apply)

To be completed by Employee Benefits Operations    (Complete and forward to BENLink Systems Support)

**OPERATIONS INFORMATION**   401K ☐ Yes ☐ No   401K Plan Number:
UNDERWRITER:    EXTENSION:    REGION:
POLICY NUMBERS - INSURED:    ASO:    BENLINK EFFECTIVE DATE: __/__/__
NO. OF LIVES:    SIC NO:    Agreement Received From Master Application  ☐ YES ☐ NO
GROUP NAME ON MASTER APPLICATION:
ARE POS DIVISIONS LOCALIZED? ☐ YES ☐ NO   ARE PPO DIVISIONS LOCALIZED? ☐ YES ☐ NO

10765

```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

DENNIS ALLEN, et al.,             :

    Plaintiffs                    :

    -v-                           : Case No. C-1-01-159
                                  : Judge Herman S. Weber
                                  : Magistrate Judge
                                  : Timothy S. Hogan

THE LASSEN COMPANIES, INC.,       :
et al.,                           :

    Defendants                    :

- 0 -

    The deposition of **SHIRLEY A. MONROE**, taken before Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, at the law offices of David M. Cook, LLC, 22 West Ninth Street, on the 24th day of April, 2002, beginning at the hour of 10:05 a.m. and ending at 12:59 p.m. of the same date.

- 0 -

**RIVERSIDE REPORTING**
Certified Court Reporters
P.O. Box 949
Covington, Kentucky  41012
KY(859)291-6110   OH(513)574-7017


COPY

1  because Lenn Kristal had that all set up prior to the
2  plan going into effect. I found out things by talking
3  to Randy Pickering and to his -- one of his assistants,
4  Polly Jones. We talked sometimes two and three times a
5  day.
6          Q       What was Mr. Pickering's assistant's
7  name?
8          A       Polly, P-O-L-L-Y, Jones.
9          Q       Did there at some point become a time
10 where Lassen Companies was not paying on these health
11 benefit claims that were being made?
12         A       Yes. The first time I became aware of
13 it was around end of July, first part of August 1999.
14 We were put on administrative hold.
15         Q       Who told you that you were on
16 administrative hold, if you recall?
17         A       One of the employees had called Great-
18 West about a claim that wasn't being paid, and then I
19 in turn picked up the phone and called Pickering, who
20 in turn verified the information, because even at that
21 point -- is that one of the letters I wrote?
22         Q       Was that employee you're referencing,
23 was that Angela Jones?
24         A       No. That was -- no. That was -- that
25 was a later -- that was a later one.

106

C-E-R-T-I-F-I-C-A-T-I-O-N

STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;

       I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

       That on the 24th day of April, 2002, there appeared before me pursuant to Notice and agreement of counsel, **SHIRLEY A. MONROE**, as a witness in the previously entitled cause;

       That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

       That the deposition was taken by me via Stenomask and electronic recording and the foregoing 105 pages contain a true, full and correct transcription of all the testimony of said witness;

       That the deposition was submitted to the witness for reading and signature;

       That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

       IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of May, 2002.

                                    _____
                                    Susan K. Lee, CVR-CM
                                    My commission expires:
                                    August 30, 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DENNIS ALLEN, et al.,                    :

    Plaintiffs                          :

    -v-                                  : Case No. C-1-01-159
                                         : Judge Herman S. Weber
                                         : Magistrate Judge
                                         : Timothy S. Hogan

THE LASSEN COMPANIES, INC.,              :
et al.,                                  :

    Defendants                           :


- 0 -

    The deposition of **SHIRLEY A. MONROE**, taken before Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, at the law offices of David M. Cook, LLC, 22 West Ninth Street, on the 24th day of April, 2002, beginning at the hour of 10:05 a.m. and ending at 12:59 p.m. of the same date.

- 0 -


**RIVERSIDE REPORTING**
Certified Court Reporters
P.O. Box 949
Covington, Kentucky 41012
KY(859)291-6110   OH(513)574-7017


COPY

1   talking over you, Ms. Monroe.  We've been pretty good
2   about that, but I'll try to -- let me finish my
3   question before you answer, and I'll do the same for
4   you.  That's fine; you're doing fine.
5            He came out for some purpose in
6   October, '99, and while he was out there he addressed
7   your employment situation?
8        A    Yes.
9        Q    So starting October '99 you had
10  significant responsibilities in all facets of human
11  resources for Lassen Companies then, correct?
12       A    Correct.
13       Q    All right.  One of your
14  responsibilities was to ensure that the employees at
15  Wright Bernet were payed timely?
16       A    Yes.
17       Q    What responsibilities did you have
18  regarding the 401(k) for the non-union and the union?
19       A    Well, I made sure that everybody had
20  the opportunity to enroll in it.  For the folks that
21  elected to enroll in it I set it up as a deduction in
22  ADP payroll, fed the numbers to the controller out in
23  California.
24       Q    Leslie Leath?
25       A    Actually it was James Thelen before

106

C-E-R-T-I-F-I-C-A-T-I-O-N

STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;

       I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

       That on the 24th day of April, 2002, there appeared before me pursuant to Notice and agreement of counsel, **SHIRLEY A. MONROE**, as a witness in the previously entitled cause;

       That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

       That the deposition was taken by me via Stenomask and electronic recording and the foregoing 105 pages contain a true, full and correct transcription of all the testimony of said witness;

       That the deposition was submitted to the witness for reading and signature;

       That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

       IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of May, 2002.

       _____
       Susan K. Lee, CVR-CM
       My commission expires:
       August 30, 2004

```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                   WESTERN DIVISION

 4   - - - - - - - - - - - - - - -
     DENNIS ALLEN, et al.,         :
 5                                 :
              Plaintiffs,          :
 6       vs.                       :   Case No. C-1-01-159
                                   :   (Judge Weber)
 7   THE LASSEN COMPANIES, INC.,   :
     et al.,                       :
 8                                 :
              Defendants.          :
 9   - - - - - - - - - - - - - - -

10

11

12           Deposition of SHIRLEY MONROE, a witness

13   herein, called by the Defendant, John Crary, for

14   cross-examination, pursuant to the Federal Rules of

15   Civil Procedure, taken before me, Lisa L.

16   Weisenberger, a Registered Professional Reporter and

17   Notary Public in and for the State of Ohio, at the

18   offices of Stephen R. Felson, Attorney At Law,

19   617 Vine Street, Suite 1401, Cincinnati, Ohio, on

20   Wednesday, August 27, 2003, at 2:09 p.m.

21

22

23
                              ORIGINAL
24
```

12

1  terminated with a termination date.
2     Q.  Okay. Great. And did you enter into the
3  ADP software health insurance deduction information
4  for employees?
5     A.  Yes.
6     Q.  And ADP showed you how to set that up or
7  how to do that?
8     A.  That was already set up.
9     Q.  Okay. If I were -- and I am not asking --
10 I am just trying to find out a general sense of how
11 you kind of did this. If I were a new union
12 employee, did I have any say in health insurance
13 deductions?
14    A.  Yes.
15    Q.  What kind of choices did I have to make or
16 could I make?
17    A.  That you wanted insurance or you did not
18 want insurance.
19    Q.  I could choose to not take insurance?
20    A.  Correct.
21    Q.  And if I chose to take health insurance,
22 were there different packages I could choose from?
23    A.  There were two.
24    Q.  And the two were the HMO and the PPO?

78

C E R T I F I C A T E

STATE   OF   OHIO        :
                         :SS
COUNTY OF HAMILTON       :

I, Lisa L. Weisenberger, a duly qualified and commissioned notary public in and for the State of Ohio, do hereby certify that prior to the giving of her deposition, the within named SHIRLEY MONROE was by me first duly sworn to testify the truth, the whole truth and nothing but the truth; that the foregoing pages constitute a true and correct transcript of testimony given at said time and place by said deponent; that said deposition was taken by me in stenotypy and transcribed under my supervision; that I am neither a relative of nor attorney for any of the parties to this litigation, nor relative of nor employee of any of their counsel, and have no interest whatsoever in the result of this litigation. I further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I hereunto set my hand and official seal of office, at Cincinnati, Ohio, this 8th day of September, 2008.

MY COMMISSION EXPIRES:        LISA L. WEISENBERGER, RPR
August 30, 2008               NOTARY PUBLIC, STATE OF OHIO

MERIT
602 Main Street, Suite 703, Cinti., OH 45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

1

```
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                   WESTERN DIVISION
 4   - - - - - - - - - - - - - - -
     DENNIS ALLEN, et al.,          :
 5                                  :
              Plaintiffs,           :
 6      vs.                         :  Case No. C-1-01-159
                                    :  (Judge Weber)
 7   THE LASSEN COMPANIES, INC.,    :
     et al.,                        :
 8                                  :
              Defendants.           :
 9   - - - - - - - - - - - - - - -
10
11
12            Deposition of SHIRLEY MONROE, a witness
13   herein, called by the Defendant, John Crary, for
14   cross-examination, pursuant to the Federal Rules of
15   Civil Procedure, taken before me, Lisa L.
16   Weisenberger, a Registered Professional Reporter and
17   Notary Public in and for the State of Ohio, at the
18   offices of Stephen R. Felson, Attorney At Law,
19   617 Vine Street, Suite 1401, Cincinnati, Ohio, on
20   Wednesday, August 27, 2003, at 2:09 p.m.
21
22
23
24                      ORIGINAL
```

74

1   eligible for the 401(k)."  Do you recall when the
2   union became eligible for the 401(k)?
3       A.   September 1st, 1999.
4       Q.   And does that timing sound right to you?
5       A.   Yes.
6       Q.   Just to clarify, Shirley, your contact
7   with John Crary, you never sent him any documents
8   from Wright Bernet?
9       A.   I never had any contact whatsoever with
10  John Crary in the whole time from '99 until 2001.
11      Q.   Thanks.  In your prior deposition you
12  testified that you worked on an issue with the NLRB
13  or Department of Labor.
14           I think, Steve, this is page 35, line 22.
15  "On all of these issues."
16           Just to clarify, Shirley, what issues are
17  you talking about?
18      A.   401(k).
19      Q.   Okay.  Did you ever say to anybody at
20  Lassen or Wright Bernet that John Crary had a lot of
21  money and he should just pay the bills that Lassen
22  and Wright Bernet couldn't pay?
23      A.   No.
24      Q.   Did you ever think that to yourself?

```
                                                              78
```

1                    C E R T I F I C A T E

2    STATE    OF    OHIO    :
                             :SS
3    COUNTY OF HAMILTON     :

4        I,  Lisa L. Weisenberger, a duly qualified and

5    commissioned notary public in and for the State of

6    Ohio, do hereby certify that prior to the giving of

7    her deposition, the within named SHIRLEY MONROE was

8    by me first duly sworn to testify the truth, the

9    whole truth and nothing but the truth; that the

10   foregoing pages constitute a true and correct

11   transcript of testimony given at said time and place

12   by said deponent; that said deposition was taken by

13   me in stenotypy and transcribed under my

14   supervision; that I am neither a relative of nor

15   attorney for any of the parties to this litigation,

16   nor relative of nor employee of any of their

17   counsel, and have no interest whatsoever in the

18   result of this litigation.  I further certify that I

19   am not, nor is the court reporting firm with which I

20   am affiliated, under a contract as defined in Civil

21   Rule 28(D).

22       IN WITNESS WHEREOF, I hereunto set my hand and
     official seal of office, at Cincinnati, Ohio, this
23   8th day of September, 2005.

24   MY COMMISSION EXPIRES:        LISA L. WEISENBERGER, RPR
     August 30, 2008               NOTARY PUBLIC, STATE OF OHIO

```
                              MERIT
       602 Main Street, Suite 703, Cinti., OH  45202
       (513) 381-8228 * (800) 578-1542 * www.merit-ls.com
```