*Exhibit F*

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

```
- - - - - - - - - - - -
                            :
DENNIS ALLEN, et al.,       :
                            :
           Plaintiffs,      :
                            :     Case No. C-1-01-159
      vs.                   :     (Judge Weber)
                            :
THE LASSEN COMPANIES, INC., :
et al.,                     :
                            :
           Defendants.      :
- - - - - - - - - - - -
```

Deposition of SHIRLEY MONROE, a witness

herein, called by the Defendant, John Crary, for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Lisa L.

Weisenberger, a Registered Professional Reporter and

Notary Public in and for the State of Ohio, at the

offices of Stephen R. Felson, Attorney At Law,

617 Vine Street, Suite 1401, Cincinnati, Ohio, on

Wednesday, August 27, 2003, at 2:09 p.m.

# ORIGINAL

20

1    software?

2        A.    No.

3        Q.    And do you know if there was anyone at

4    Indiana Woodworks who entered information into the

5    ADP software?

6        A.    No.

7        Q.    Same question with regard to Cleaning

8    Specialty Company?

9        A.    No.

10        Q.    Same question with regard to Lassen

11    Distribution?

12        A.    No.

13        Q.    Was there anyone else at Wright Bernet who

14    entered information into the ADP software?

15        A.    There was one individual for a short

16    period of time that did do the payroll.

17        Q.    Who was that?

18        A.    Alls I can remember was the first name was

19    Amy.

20        Q.    Do you recall how long Amy may have done

21    this?

22        A.    Give or take a month or two, from May of

23    '99 to October of '99.

24        Q.    During the period that Amy may have been

1    using the ADP software, did she report to you?

2        A.    No.  She reported to Jerry Hunsche.

3        Q.    Do you recall what her title was during

4    that period?

5        A.    She was accounts payable.

6        Q.    Was she doing all of the work with regard

7    to payroll, or were you doing some of that at the

8    same time?

9        A.    I was performing the HR functions.

10       Q.    I take it her use of the ADP software

11   wasn't related to her accounts payable functions?

12       A.    No.

13       Q.    Do you know why Amy left in -- strike

14   that.

15            Was Amy still employed with Wright Bernet

16   after October 1999?

17       A.    No.

18       Q.    Do you know why she left?

19       A.    Yes.

20       Q.    Why did she leave?

21       A.    She was unhappy about the situation the

22   company was in.

23       Q.    And what situation was that?

24       A.    Bills not being paid, paychecks bouncing.

78

C E R T I F I C A T E

STATE   OF   OHIO   :
                   :SS
COUNTY OF HAMILTON  :

I,  Lisa L. Weisenberger, a duly qualified and

commissioned notary public in and for the State of

Ohio, do hereby certify that prior to the giving of

her deposition, the within named SHIRLEY MONROE was

by me first duly sworn to testify the truth, the

whole truth and nothing but the truth; that the

foregoing pages constitute a true and correct

transcript of testimony given at said time and place

by said deponent; that said deposition was taken by

me in stenotypy and transcribed under my

supervision; that I am neither a relative of nor

attorney for any of the parties to this litigation,

nor relative of nor employee of any of their

counsel, and have no interest whatsoever in the

result of this litigation.  I further certify that I

am not, nor is the court reporting firm with which I

am affiliated, under a contract as defined in Civil

Rule 28(D).

IN WITNESS WHEREOF, I hereunto set my hand and
official seal of office, at Cincinnati, Ohio, this
8th day of September, 2003.

MY COMMISSION EXPIRES:      LISA L. WEISENBERGER, RPR
August 30, 2008             NOTARY PUBLIC, STATE OF OHIO

MERIT
602 Main Street, Suite 703, Cinti., OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - -
DENNIS ALLEN, et al.,          :
                               :
          Plaintiffs,          :     Case No. C-1-01-159
                               :     (Judge Weber)
     vs.                       :
                               :
THE LASSEN COMPANIES, INC.,    :
et al.,                        :
                               :
          Defendants.          :
- - - - - - - - - - - - -

          Deposition of SHIRLEY MONROE, a witness

herein, called by the Defendant, John Crary, for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Lisa L.

Weisenberger, a Registered Professional Reporter and

Notary Public in and for the State of Ohio, at the

offices of Stephen R. Felson, Attorney At Law,

617 Vine Street, Suite 1401, Cincinnati, Ohio, on

Wednesday, August 27, 2003, at 2:09 p.m.

# ORIGINAL

18

Q.    And how long have you been employed with them?

A.    October 29th of 2001.

Q.    If I recall, your last day at Lassen, or Wright Bernet, was July of 2001; is that approximately correct?

A.    Incorrect.

Q.    I'm sorry.  When was it?

A.    September 24th, 2001.

Q.    I take it you weren't employed anywhere between that date and the first date working with your new employer?

A.    No.

Q.    Was there anyone else at Lassen who entered information into this ADP software?

A.    Not for Wright Bernet.

Q.    Was there anyone else at Lassen who entered information for The Lassen Companies?

A.    Yes.

Q.    Who was that?

A.    Various individuals.

Q.    Can you name them for me, the ones you can recall?

A.    No.  Because it was just the accounting

78

C E R T I F I C A T E

STATE    OF    OHIO    :
                    :SS
COUNTY OF HAMILTON    :

I,  Lisa L. Weisenberger, a duly qualified and commissioned notary public in and for the State of Ohio, do hereby certify that prior to the giving of her deposition, the within named SHIRLEY MONROE was by me first duly sworn to testify the truth, the whole truth and nothing but the truth; that the foregoing pages constitute a true and correct transcript of testimony given at said time and place by said deponent; that said deposition was taken by me in stenotypy and transcribed under my supervision; that I am neither a relative of nor attorney for any of the parties to this litigation, nor relative of nor employee of any of their counsel, and have no interest whatsoever in the result of this litigation.  I further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I hereunto set my hand and official seal of office, at Cincinnati, Ohio, this 8th day of September, 2003.

MY COMMISSION EXPIRES:    LISA L. WEISENBERGER, RPR
August 30, 2008          NOTARY PUBLIC, STATE OF OHIO

MERIT
602 Main Street, Suite 703, Cinti., OH  45202
(513) 381-8228 * (800) 578-1542 * www.merit-ls.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS ALLEN, et al.,                    :

      Plaintiffs                       :

   -v-                                   : Case No. C-1-01-159
                              : Judge Herman S. Weber
                              : Magistrate Judge
                              : Timothy S. Hogan

THE LASSEN COMPANIES, INC.,              :
et al.,                                  :

      Defendants                       :

- 0 -

    The deposition of **SHIRLEY A. MONROE**, taken before Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, at the law offices of David M. Cook, LLC, 22 West Ninth Street, on the 24th day of April, 2002, beginning at the hour of 10:05 a.m. and ending at 12:59 p.m. of the same date.

- 0 -

**RIVERSIDE REPORTING**
**Certified Court Reporters**
**P.O. Box 949**
**Covington, Kentucky  41012**
**KY(859)291-6110   OH(513)574-7017**



FORM CSR · LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

1    Group.

2         Q        Ekco owned Kellogg and it owned Wright

3    Bernet?

4         A        Yes.  And it owned a couple other

5    companies.  I couldn't name them all, but they did own

6    those two.

7         Q        At what point did The Lassen Companies

8    become involved with Wright Bernet?

9         A        Officially -- the sale was official

10   January 1st of the year 1999.

11        Q        When did you first start dealing with

12   anybody from The Lassen Companies in your job?

13        A        In January of 1999.

14        Q        You said the sale was official on that

15   date.  Had you heard about it for some time before

16   that?

17        A        We had heard -- we knew -- I knew at

18   that point, about September/October time frame, I knew

19   there was something -- in '98, something up.  I wasn't

20   quite sure what was going on.  And then it was sometime

21   in November/December 1998 that Mr. Kristal came out,

22   along with Mike Lindemuth, who at the time -- Mike

23   Lindemuth left Wright Bernet in June of '97, went to

24   work for another company.  And Mike Lindemuth came in

25   and Lenn Kristal, Bob Bernet, who is the grandson of

106

C-E-R-T-I-F-I-C-A-T-I-O-N


STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;


      I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

      That on the 24th day of April, 2002, there appeared before me pursuant to Notice and agreement of counsel, **SHIRLEY A. MONROE**, as a witness in the previously entitled cause;

      That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

      That the deposition was taken by me via Stenomask and electronic recording and the foregoing 105 pages contain a true, full and correct transcription of all the testimony of said witness;

      That the deposition was submitted to the witness for reading and signature;

      That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of May, 2002.


_____
Susan K. Lee, CVR-CM
My commission expires:
August 30, 2004

FORM CSR-LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - -

DENNIS ALLEN, et al.,                :

          Plaintiffs,        :

  vs.                                :    Case No. C-1-01-159
                              (Judge Weber)

THE LASSEN COMPANIES, INC.,:
et al.,                              :

         Defendants.          :

- - - - - - - - - - - -


       Deposition of SHIRLEY MONROE, a witness

herein, called by the Defendant, John Crary, for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Lisa L.

Weisenberger, a Registered Professional Reporter and

Notary Public in and for the State of Ohio, at the

offices of Stephen R. Felson, Attorney At Law,

617 Vine Street, Suite 1401, Cincinnati, Ohio, on

Wednesday, August 27, 2003, at 2:09 p.m.


# ORIGINAL

18

Q.    And how long have you been employed with them?

A.    October 29th of 2001.

Q.    If I recall, your last day at Lassen, or Wright Bernet, was July of 2001; is that approximately correct?

A.    Incorrect.

Q.    I'm sorry.  When was it?

A.    September 24th, 2001.

Q.    I take it you weren't employed anywhere between that date and the first date working with your new employer?

A.    No.

Q.    Was there anyone else at Lassen who entered information into this ADP software?

A.    Not for Wright Bernet.

Q.    Was there anyone else at Lassen who entered information for The Lassen Companies?

A.    Yes.

Q.    Who was that?

A.    Various individuals.

Q.    Can you name them for me, the ones you can recall?

A.    No.  Because it was just the accounting

78

## C E R T I F I C A T E

```
STATE    OF    OHIO    :
                      :SS
COUNTY OF HAMILTON    :
```

I,  Lisa L. Weisenberger, a duly qualified and commissioned notary public in and for the State of Ohio, do hereby certify that prior to the giving of her deposition, the within named SHIRLEY MONROE was by me first duly sworn to testify the truth, the whole truth and nothing but the truth; that the foregoing pages constitute a true and correct transcript of testimony given at said time and place by said deponent; that said deposition was taken by me in stenotypy and transcribed under my supervision; that I am neither a relative of nor attorney for any of the parties to this litigation, nor relative of nor employee of any of their counsel, and have no interest whatsoever in the result of this litigation.  I further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I hereunto set my hand and official seal of office, at Cincinnati, Ohio, this 8th day of September, 2003.

MY COMMISSION EXPIRES:    LISA L. WEISENBERGER, RPR
August 30, 2008          NOTARY PUBLIC, STATE OF OHIO

*Exhibit* *I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DENNIS ALLEN, et al.,                    :

      Plaintiffs                        :

      -v-                               : Case No. C-1-01-159
                                 : Judge Herman S. Weber
                                 : Magistrate Judge
                                 : Timothy S. Hogan


THE LASSEN COMPANIES, INC.,              :
et al.,                                  :

      Defendants                        :


- 0 -


        The deposition of **SHIRLEY A. MONROE**, taken
before Susan K. Lee, CVR-CM, Court Reporter and Notary
Public in and for the State of Ohio, at the law offices
of David M. Cook, LLC, 22 West Ninth Street, on the
24th day of April, 2002, beginning at the hour of 10:05
a.m. and ending at 12:59 p.m. of the same date.

- 0 -


**RIVERSIDE REPORTING**
Certified Court Reporters
P.O. Box 949
Covington, Kentucky 41012
KY(859)291-6110   OH(513)574-7017


## ◻ COPY

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

1    claims until Great-West got the money that was owed

2    them by The Lassen Companies, Inc.  So this affected

3    all the employees from all -- all The Lassen Companies.

4        Q     And that affected all the employees,

5    non-union and union, at Wright Bernet?

6        A     Everybody.  Everybody who had health

7    insurance or dental insurance.

8        Q     Now, the employees up to that point

9    were having their premium contribution deducted from

10   their paychecks for the health plan, right?

11       A     Correct.

12       Q     And did that practice continue even

13   after the plan was put on administrative hold?

14       A     Yes.

15       Q     Did somebody instruct you to continue

16   to ensure that these deductions were made, or did you

17   have some conversation with anyone in the corporate

18   office about this practice?

19       A     No.

20       Q     Were you aware the deductions were

21   being made?

22       A     Yes.

23       Q     Did you express a concern to somebody

24   about that?

25       A     At that point, no.

1     Q       At some later point did you?

2     A       Yeah, in July of 2000.

3     Q       Why in July of 2000?

4     A       Why in July of 2000?  That's because of

5  a phone call that my husband made to Great-West that I

6  had listened to from home.  I was at home at lunchtime,

7  and my husband put them on the speaker phone, to where

8  the customer service rep he was talking to had said

9  that our plan was terminated, and for the PPO

10 individuals, their plan was terminated back to February

11 1st of 1999.  Any bills that hadn't been paid were not

12 going to get paid, regardless of the date of service.

13          I called Polly Jones from my home and

14 asked her to find out what was going on.

15    Q       What did she tell you?

16    A       That she would find out what was going

17 on.  And I said "I will be at work shortly or you can

18 call me at home."  She also had my home phone number.

19    Q       Did you ultimately find out that that

20 was correct information; that benefit claims that had

21 not been paid that had accrued after January 1st, '99

22 were not going to be paid?

23    A       Well, I found that out -- I had -- I

24 had access to the website for plan administrators for

25 Great-West and I was able to go in and look at

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.  800-626-6313

C-E-R-T-I-F-I-C-A-T-I-O-N


STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;


      I, Susan K. Lee, CVR-CM, Court Reporter
and Notary Public in and for the State of Ohio, do
hereby certify;

      That on the 24th day of April, 2002,
there appeared before me pursuant to Notice and
agreement of counsel, **SHIRLEY A. MONROE**, as a witness
in the previously entitled cause;

      That the said witness was sworn by me
and examined to tell the truth, the whole truth, and
nothing but the truth in said cause;

      That the deposition was taken by me via
Stenomask and electronic recording and the foregoing
105 pages contain a true, full and correct
transcription of all the testimony of said witness;

      That the deposition was submitted to
the witness for reading and signature;

      That I am not related to or in any way
associated with any of the parties to said cause of
action, or their counsel, and that I am not interested
in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set
my hand this 13th day of May, 2002.


                  *Susan K. Lee*
                  Susan K. Lee, CVR-CM
                  My commission expires:
                  August 30, 2004

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


DENNIS ALLEN, et al.,                    :

      Plaintiffs                       :

      -v-                              : Case No. C-1-01-159
                                : Judge Herman S. Weber
                                : Magistrate Judge
                                : Timothy S. Hogan


THE LASSEN COMPANIES, INC.,              :
et al.,                                  :

      Defendants                       :


- 0 -


      The deposition of **SHIRLEY A. MONROE**, taken
before Susan K. Lee, CVR-CM, Court Reporter and Notary
Public in and for the State of Ohio, at the law offices
of David M. Cook, LLC, 22 West Ninth Street, on the
24th day of April, 2002, beginning at the hour of 10:05
a.m. and ending at 12:59 p.m. of the same date.

- 0 -


**RIVERSIDE REPORTING**
**Certified Court Reporters**
**P.O. Box 949**
**Covington, Kentucky  41012**
**KY(859)291-6110   OH(513)574-7017**


⌐ **COPY**

1   that, look, all the money that's paid out by this

2   company is at the discretion of Mr. Kristal?

3          MR. SIMON:  Before we answer that

4      question, we'll just go off the record for a

5      second.

6              (RECESS)

7          MR. SIMON:  We're back on the record.

8      We just took a break.  I don't recall what my

9      last question was, but that's okay.

10         REPORTER:  Do you want me to read it

11     back?

12         MR. SIMON:  No, that's all right.

13  BY MR. SIMON:

14      Q    Ms. Monroe, we were talking about how

15  the company would wire money from L.A. to pay payroll

16  for Wright Bernet employees, and that practice began

17  sometime in '99, correct?

18      A    July of '99.

19      Q    Okay.  How much communication were you

20  having with the headquarters in Irvine once you began

21  your position in October '99 or even in the months

22  preceding that?

23      A    I would say I probably talked to

24  California at least once a day.

25      Q    Who did you usually talk to?

106

C-E-R-T-I-F-I-C-A-T-I-O-N

STATE OF OHIO,

COUNTY OF HAMILTON, To-wit;

      I, Susan K. Lee, CVR-CM, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

      That on the 24th day of April, 2002, there appeared before me pursuant to Notice and agreement of counsel, **SHIRLEY A. MONROE**, as a witness in the previously entitled cause;

      That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

      That the deposition was taken by me via Stenomask and electronic recording and the foregoing 105 pages contain a true, full and correct transcription of all the testimony of said witness;

      That the deposition was submitted to the witness for reading and signature;

      That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of May, 2002.

_____
Susan K. Lee, CVR-CM
My commission expires:
August 30, 2004

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.  800-626-6313

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF OHIO

3    WESTERN DIVISION

4    - - - - - - - - - - - - -
DENNIS ALLEN, et al.,          :
5                               :
          Plaintiffs,          :
6      vs.                      :    Case No. C-1-01-159
                                :    (Judge Weber)
7    THE LASSEN COMPANIES, INC.,:
et al.,                        :
8                               :
          Defendants.          :
9    - - - - - - - - - - - - -

10

11

12         Deposition of SHIRLEY MONROE, a witness

13    herein, called by the Defendant, John Crary, for

14    cross-examination, pursuant to the Federal Rules of

15    Civil Procedure, taken before me, Lisa L.

16    Weisenberger, a Registered Professional Reporter and

17    Notary Public in and for the State of Ohio, at the

18    offices of Stephen R. Felson, Attorney At Law,

19    617 Vine Street, Suite 1401, Cincinnati, Ohio, on

20    Wednesday, August 27, 2003, at 2:09 p.m.

21

22

23

24         # ORIGINAL

36

1     Q.   And who told you they were friends?

2     A.   Lenn Kristal.

3     Q.   Do you recall anything else about the

4 relationship between John Crary and Lenn Kristal?

5     A.   No.

6     Q.   Did Lenn Kristal tell you anything else

7 about that relationship?

8     A.   No.

9     Q.   Did John Crary ever tell you anything

10 about his relationship with Lenn Kristal?

11    A.   No.  I have never spoken to John Crary.

12    Q.   Did anyone other than Lenn Kristal tell

13 you anything about his relationship with John Crary?

14        MR. SIMON:  Object to the term

15     "relationship."  It is a bit vague and

16     ambiguous.  You can answer.

17    A.   No.

18    Q.   Do you have an opinion about Lenn

19 Kristal's truthfulness?

20    A.   Yes.

21    Q.   What is your opinion?

22    A.   He doesn't know the meaning of the word.

23    Q.   Did Lenn Kristal tell you that you were

24 not to call John Crary?

78

1               C E R T I F I C A T E

2    STATE   OF   OHIO  :
                        :SS
3    COUNTY OF HAMILTON  :

4       I,  Lisa L. Weisenberger, a duly qualified and

5    commissioned notary public in and for the State of

6    Ohio, do hereby certify that prior to the giving of

7    her deposition, the within named SHIRLEY MONROE was

8    by me first duly sworn to testify the truth, the

9    whole truth and nothing but the truth; that the

10   foregoing pages constitute a true and correct

11   transcript of testimony given at said time and place

12   by said deponent; that said deposition was taken by

13   me in stenotypy and transcribed under my

14   supervision; that I am neither a relative of nor

15   attorney for any of the parties to this litigation,

16   nor relative of nor employee of any of their

17   counsel, and have no interest whatsoever in the

18   result of this litigation.  I further certify that I

19   am not, nor is the court reporting firm with which I

20   am affiliated, under a contract as defined in Civil

21   Rule 28(D).

22      IN WITNESS WHEREOF, I hereunto set my hand and
     official seal of office, at Cincinnati, Ohio, this
23   8th day of September, 2003.

24   MY COMMISSION EXPIRES:    LISA L. WEISENBERGER, RPR
     August 30, 2008          NOTARY PUBLIC, STATE OF OHIO