**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| Defendant/ | : | |
| Third-Party Plaintiff | | **NOTICE OF FILING SIGNATURE PAGES AND CERTIFICATION IN LIEU OF SIGNATURE PAGES FOR FILED DEPOSITIONS** |
| | : | |
| v. | : | |
| | : | |
| **POLLY JONES, et al.** | | |
| | : | |
| Third-Party Defendants | | |
| | : | |

\* \* \* \* \*

Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), submit this Notice that they are filing herein the following signature pages and certifications in lieu of signature pages for depositions taken in this matter:

1.  Mary Jane Cracraft (signature page);
2.  Shirley Monroe, August 27, 2003 (signature page);
3.  Lelan Littrell (signature page);
4.  Lloyd Nolan (signature page);
5.  Leonard Kristal, January 31, 2002 and July 26, 2002 (letters from court reporter on failure of witness to review and sign deposition);
6.  Michael Pekar (letter from court reporter on failure of witness to review and sign deposition);
7.  Shirley Monroe, April 24, 2002 (certification from court reporter in lieu of signature page);
8.  Dennis Allen (affidavit from court reporter on failure of witness to review and sign deposition);
9.  Michael Lindemuth (affidavit from court reporter on failure of witness to review and sign deposition);
10. Robert G. Bernet (affidavit from court reporter on failure of witness to review and sign deposition).

The deposition transcripts for each of the foregoing witnesses were filed on November 10, 2003.

    Respectfully submitted,

    s/ Stephen A. Simon

    _____
    David M. Cook (0023469)
    Stephen A. Simon (0068268)
    DAVID M. COOK, LLC
    22 West Ninth Street
    Cincinnati, Ohio 45202
    Phone: (513) 721-7500
    Fax:    (513) 721-1178
    Trial Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served this 9th day of December, 2003, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

                                              s/ Stephen A. Simon
                                              _____
                                              ATTORNEY FOR PLAINTIFFS

40

1     MR. MAROTTA:  I have no further questions.
2     MR. RICKEY:  Okay.
3
4
5               *Mary J Cracraft*
                 MARY CRACRAFT
6
7
8
9                      - - -
10    (Deposition concluded at 1:34 p.m.)
11                     - - -
12
13
14
15
16
17
18
19
20
21
22
23
24

77

1  responsible for the difficulties.
2      Q.   Lenn Kristal didn't seem to need help
3  causing problems?
4      A.   Correct.
5           MR. MAROTTA:   I have no more questions.
6           MR. SIMON:   Let's go off the record.
7           (Recess taken: 3:58 p.m. to 4:05 p.m.)
8           MR. SIMON:   We are adjourned.
9
10
11  _____*Shirley Monroe*_____
              SHIRLEY MONROE
12
13
14
15              - - -
16     (Deposition concluded at 4:05 p.m.)
17              - - -

44

1   MR. RICKEY: Okay.
2
3
4   *Lelan Littrell*
    LELAN LITTRELL
5
6
7   - - -
8   (Deposition concluded at 10:58 a.m.)
9   - - -

```
                                                              66
 1   that weren't paid over to the health insurance
 2   carrier?
 3       A.   No.
 4            MR. MAROTTA:   I am done.
 5            MR. COOK:   Thank you.
 6
 7
 8                         _____
                           /LLOYD NOLAN
 9
10
11
12                              - - -
13          (Deposition concluded at 11:20 a.m.)
14                              - - -
```



**SARNOFF**
Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855    fax 877.230.0777
www.attysweb.com

May 3, 2002

David M. Cook, Esq.
22 West Ninth Street
Cincinnati, Ohio 45202

Dear Mr. Cook:

Pursuant to the Code of Civil Procedure 2025(q)(1) with respect to the handling of the original transcript, please find enclosed the sealed, unsigned original deposition transcript from the below-captioned matter. The witness failed to respond to our letter dated February 14, 2002.

| | |
|---|---|
| Case Name: | Dennis Allen vs. The Lassen Companies |
| Case No.: | C-1-01-159 |
| Witness: | Leonard D. Kristal |
| Reporter: | Denise Bardsley |
| Job No.: | 6494B |

If you have any questions regarding this matter, please contact me at 877.955.3855.

Sincerely,

Renee Jones
Sarnoff Court Reporters

- Court Reporting & Videography
- Information Technology Services
- Case Management & Document Depositories

*Member of the*
ZEPHYR *Legal Technologies Network*

On-Site  On-Line  On-Time



46 Corporate Park, Suite 100, Irvine, CA 92606
**phone** 877.955.3855    **fax** 877.230.0777
www.attysweb.com

September 17, 2002

David M. Cook, Esq.
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202

Dear Mr. Cook:

Pursuant to the Code of Civil Procedure 2025(q)(1) with respect to the handling of the original transcript, please find enclosed the sealed, unsigned original deposition transcript from the below-captioned matter. The witness failed to respond to our letter dated August 13, 2002.

Case Name:     Dennis Allen vs. The Lassen Companies, Inc.
Case No.:      C-1-01-159
Witness:       Leonard Kristal
Reporter:      Denise Bardsley
Job No.:       9373

If you have any questions regarding this matter, please contact me at 877.955.3855.

Sincerely,

Renee Jones
Sarnoff Court Reporters

cc: Jennifer Chen, Esq.

- Court Reporting & Videography
- Information Technology Services
- Case Management & Document Depositories

*Member of the*
ZEPHYR *Legal Technologies Network*

On-Site  On-Line  On-Time

**Atkinson-Baker**
COURT REPORTERS
depo.com

November 24, 2003

Stephen R. Felson, Esq.
Law Offices of Stephen R. Felson
617 Vine Street, Suite 1401
Cincinati, OH  45202

RE: ALLEN, ET AL.  VS.  LASSEN COMPANIES, INC., ET AL.
CASE NO.: C-1-01-159
ABI FILE NO.: 9D0713C
DEPOSITION OF: MICHAEL PEKAR,
                taken on September 11, 2003

Dear Mr. Felson:

Enclosed please find the original transcript in the above-referenced deposition.  It is in a sealed envelope.

The witness was notified with a copy on October 8, 2003, that the original transcript would be available at our office for reading and signature.  The time period given the witness to respond has expired.

The original is being forwarded to you unsigned.

Thank you.

Sincerely,

*Dan Hutchinson*

Dan Hutchinson
Glendale Office

Enclosure
cc: R. Rickey
    file

ATKINSON-BAKER, INC. • OFFICES NATIONWIDE • 800-288-3376 • E-MAIL: abi@depo.com
NATIONAL OFFICE: 330 NORTH BRAND BOULEVARD, SUITE 250, GLENDALE, CA 91203-2308 • 818-551-7300 • FAX: 818-551-7330

## RIVERSIDE REPORTING
### Certified Court Reporters
P.O. Box 949   Covington, Kentucky  41012
Phone and Fax: KY(859)291-6110  OH(513)574-7017

---

D-E-P-O-S-I-T-I-O-N

of

SHIRLEY A. MONROE

CERTIFICATION IN LIEU OF SIGNATURE PAGE

   I, Susan K. Lee, CVR-CM, do hereby certify that on the 24th day of April, 2002 the deposition of SHIRLEY A. MONROE was taken by me, and that the requirement that the deposition be signed was not waived;

   That on the 28th day of May, 2002 a letter requesting viewing of said deposition was submitted to the deponent;

   That as of today's date, the 13th day of November, 2003, the deposition has not been signed, so as to be in compliance with Rule 30 (E).

   Therefore, a substantial period of time having elapsed since the date of the initial request for viewing and signature of the deposition, and pursuant to the provisions of Rule 30 (E), Federal Rules of Civil Procedure, this certification is being filed with the court in lieu of signature of witness to the deposition.

   Witness, my hand and seal on this, the 13th day of Noer, 2003.

*Susan K. Lee*
Susan K. Lee, CVR-CM

# AFFIDAVIT

- - -

STATE OF OHIO      :
                   :  SS
COUNTY OF HAMILTON :

I, Lisa L. Weisenberger, Notary Public in and for the State of Ohio, do hereby state that the transcript of the deposition of DENNIS ALLEN, deponent herein, having been submitted to said deponent for review and signature, has not been signed within the thirty (30) day period allowed under the Federal Rules; said deposition to now have the same force and effect as though signed.

_____
Lisa L. Weisenberger, Court Reporter

Sworn to before me this 16th day of October, 2003.

_____
Thomas M. Blasing
Notary Public - State of Ohio

My commission expires:
May 4, 2004.

# AFFIDAVIT

- - -

STATE   OF   OHIO       :
                        :   SS
COUNTY OF HAMILTON      :

I, Wendy L. Welsh, Notary Public in and for the State of Ohio, do hereby state that the transcript of the deposition of MICHAEL ANDREW LINDEMUTH, deponent herein, having been submitted to said deponent for review and signature, has not been signed within the thirty (30) day period allowed under the Federal Rules; said deposition to now have the same force and effect as though signed.

_____
Wendy L. Welsh, Court Reporter

Sworn to before me this 3rd day of November, 2003.

_____
Thomas M. Blasing
Notary Public - State of Ohio

My commission expires:
May 4, 2004.

# AFFIDAVIT

- - -

STATE   OF   OHIO         :
                          :  SS
COUNTY OF HAMILTON        :

I, Wendy L. Welsh, Notary Public in and for the State of Ohio, do hereby state that the transcript of the deposition of ROBERT G. BERNET, JR., deponent herein, having been submitted to said deponent for review and signature, has not been signed within the thirty (30) day period allowed under the Federal Rules; said deposition to now have the same force and effect as though signed.

_____
Wendy L. Welsh, Court Reporter

Sworn to before me this 3rd day of November, 2003.

_____
Thomas M. Blasing
Notary Public - State of Ohio

My commission expires:
May 4, 2004.