UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | |
| | | Judge Herman S. Weber |
| v. | : | |
| | | Magistrate Judge Timothy S. Hogan |
| **JOHN CRARY, et al.** | : | |
| **Defendant/ Third-Party Plaintiff** | : | **NOTICE OF FILING SIGNATURE PAGES FOR FILED DEPOSITIONS** |
| | : | |
| v. | | |
| | : | |
| **POLLY JONES, et al.** | | |
| | : | |
| **Third-Party Defendants** | | |
| | : | |

\* \* \* \* \*

Third-Party Defendant Polly Jones submits this Notice that she is filing herein the following signature pages for depositions taken in this matter:

1.   Signature page for Polly Jones deposition and errata sheet; and

2.   Signature page for Randy Pickering deposition.

The deposition transcripts for each of the foregoing witnesses were filed on November 10, 2003.

        Respectfully submitted,

        s/ Stephen A. Simon

        _____
        David M. Cook (0023469)
        Stephen A. Simon (0068268)
        DAVID M. COOK, LLC
        22 West Ninth Street
        Cincinnati, Ohio 45202
        Phone: (513) 721-7500
        Fax:    (513) 721-1178
        Trial Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served this 12th day of January, 2004, via U.S. regular mail, postage prepaid, upon the following:

Leonard Kristal
107 Diablo Drive
Kentfield, California 94904

Stephen R. Felson
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Trial Attorney For Defendant Crary

Paul D. Marotta
Christopher D. Denny
Jennifer Chen
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Of Counsel for Defendant Crary

        s/ Stephen A. Simon

        _____
        ATTORNEY FOR PLAINTIFFS

```
 1              MR. MAROTTA:  I'm done.
 2              MR. COOK:  I have no further questions of
 3   Ms. Jones at this time.  Thank you very much.
 4              MR. MAROTTA:  Thank you very much.
 5              THE WITNESS:  You're very welcome.
 6              MR. MAROTTA:  So off the record.
 7              (TIME NOTED:  3:00 P.M.)
 8              I declare under penalty of perjury
 9              under the laws of the State of
10              California that the foregoing is
11              true and correct.
12              Executed on ___December 31___, 2003,
13              at ___Vista_____,
14              California.
15
16
17
18                        _____Polly Jones_____
19                        SIGNATURE OF THE WITNESS
20
21
22
23
24
25
```

CORRECTIONS/CHANGES TO DEPOSITION TRANSCRIPT:

| LINE | PAGE | CORRECTION: |
|---|---|---|
| 18 | 107 | claim should be cleaning |

Polly ___    12/18/03

Signature    Date

```
1    A.    Excuse me.  Mr. Kristal would, if he had the
2    opportunity, perjure himself under law, under anything
3    else.
4              MR. COOK:  That's all I have.  Thank you.
5              MR. MAROTTA:  We're done.
6              (TIME NOTED:  12:05 P.M.)
7              I declare under penalty of perjury
8              under the laws of the State of
9              California that the foregoing is
10             true and correct.
11             Executed on  December 31 , 2003,
12             at  VISTA                        ,
13             California.
14
15
16
17                           _____
18                           SIGNATURE OF THE WITNESS
```

111