IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLEN,
        Plaintiff

v                                   Civil C-1-01-159

LASEN,
        Defendant.

### ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the September 2004 trial term. Counsel shall file a Joint Pretrial Order on or before August 5, 2004.

**IT IS SO ORDERED.**

                                      **s/Herman J. Weber**
                              Herman J. Weber, Senior Judge
                              United States District Court

*Rev.5/01*