IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLEN,

        Plaintiff

v                                      Civil C-1-01-159

LASEN,

        Defendant.

### ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the January 2005 trial term. Counsel shall file their Joint Pretrial Order on or before December 5, 2004.

**IT IS SO ORDERED.**

                              **s/Herman J. Weber**
                            Herman J. Weber, Senior Judge
                            United States District Court

*Rev.5/01*