1
2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

3   DENNIS ALLEN, MARY JANE          )   Case No:  C-1-01-159
    CRACRAFT, LELAN LITTRELL and     )
4   GLASS, MOLDERS, POTTERY, PLASTIC )   Judge Herman J. Weber
    AND ALLIED INDUSTRIAL WORKERS,   )   Magistrate Judge Timothy S. Hogan
5   LOCAL NO. 41, AFL-CIO,           )
                                     )
6          Plaintiffs,               )   MEMORANDUM IN OPPOSITION TO
                                     )   PLAINTIFFS' MOTION FOR
7   vs.                              )   EXTENSION OF TIME TO RESPOND TO
                                     )   DEFENDANT CRARY'S MOTION TO
8   LEONARD D. KRISTAL, and JOHN L.  )   REVIEW
    CRARY,                           )
9                                    )
                                     )
10         Defendants.               )
                                     )
11  _____    )
                                     )
12  JOHN L. CRARY,                   )
                                     )
13         Cross-Claimant,           )
                                     )
14  vs.                              )
                                     )
15  LEONARD D. KRISTAL,              )
                                     )
16         Cross-Defendant.          )
                                     )
17  _____    )
                                     )
18  JOHN L. CRARY,                   )
                                     )
19         Third-Party Plaintiff,    )
                                     )
20  vs.                              )
                                     )
21  POLLY JONES, SHIRLEY MONROE,     )
    JAMES THELAN,                    )
22                                   )
           Third-Party Defendants    )
23                                   )
                                     )
24  _____    )

25
26
27

MEMO. IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
28  DEFENDANT CRARY'S MOTION TO REVIEW

**DISCUSSION**

The Magistrate Judge issued his Report and Recommendation on October 22, 2004. (Doc. 127)  Defendant Crary filed a timely Motion to Review on November 1, 2004. (Doc. 128)  Plaintiffs now request an extension of time in which to respond.  Their motion should be denied for the following reasons.

1.  Plaintiffs' motion violates Local Rule 7.3(a), which requires counsel to "consult with all parties . . . whose interests might be affected by the granting of such relief and solicit their consent to the extension.  The motion shall affirmatively state that such consultation has occurred or was attempted in good faith, and shall state whether the motion is unopposed."  An examination of Plaintiffs' motion will indicate that it failed to follow this rule.

2.  Plaintiffs' motion should also be denied because it fails to set forth anything resembling good cause for delaying these proceedings still further.  It does not elaborate on the "press of business" which allegedly prevents it from complying with the rules.  It does not identify the Sixth Circuit brief it says is due, or the person responsible for preparing that brief.  Its motion therefore lacks sufficient cause and should be denied.

3.  Finally, Plaintiffs have been guilty of a pattern of untimeliness throughout this litigation.  As the Magistrate Judge stated on the final page of his Report and Recommendation concerning the lateness of Plaintiffs' Cross-Motion for Summary Judgment (doc. 74):

> Plaintiffs offer no excuse so [for?] such a dilatory filing and are apparently under the impression either that the best defense is a good offense or that time limits for dispositive motions only apply to defendants.  Having concluded that there is a sufficient factual basis for Defendant Crary to stand trial, one would have to conclude that there are

MEMO. IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CRARY'S MOTION TO REVIEW

certainly material issues of fact with reference to Plaintiff's claims against
Crary. *Were it not for this fact, Plaintiff's Motion for Summary Judgment
would be stricken as untimely filed.*

(Emphasis added.)

Any of the above reasons would be sufficient for refusing the requested extension
of time. Together they are more than sufficient.

**<u>CONCLUSION</u>**

For the foregoing reasons, Plaintiff's Motion for Extension of Time should be
denied.

Respectfully Submitted,

/s/ *Stephen R. Felson*

_____
Stephen R. Felson  (0038432)
617 Vine Street, Suite 1401
Cincinnati, Ohio  45202
(513) 721-4900
Fax:  (513) 639-7011
Trial Attorney for Defendant John L.
Crary

Of counsel:

Paul David Marotta, California State Bar No. 111812
Christopher D. Denny, California State Bar No. 175338
Jennifer Chen, California State Bar No. 205264
THE CORPORATE LAW GROUP
500 Airport Boulevard, Suite 120
Burlingame, CA 94010
Telephone:    (650) 227-8000
Facsimile:    (650) 227-8001

MEMO. IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT CRARY'S MOTION TO REVIEW

## CERTIFICATION OF SERVICE

I hereby certify that on November 12, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following.

David M. Cook (0023469)
Stephen A. Simon (0068268)
David M. Cook, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax: (513) 721-1178

/s/ Stephen R. Felson

MEMO. IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CRARY'S MOTION TO REVIEW