UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | Judge Herman S. Weber |
| | | Magistrate Judge Timothy S. Hogan |
| | : | |
| vs. | | |
| | : | |
| **THE LASSEN COMPANIES, INC., et al.:** | | |
| | : | |
| **Defendants** | | |
| | : | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO OBJECTIONS TO THE REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE HOGAN ON DEFENDANT CRARY'S
MOTION FOR SUMMARY JUDGMENT**

\* \* \* \*

Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), have moved this Court for an extension of time to file a Motion to Review the Report and Recommendation of Magistrate Judge Hogan in the above entitled action. The motion is **GRANTED**. Plaintiffs time to respond is extended of one (1) week, to Monday, November 22, 2004. So Ordered

Tendered by:
David M. Cook  (Ohio Bar #0023469)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorney for Plaintiffs

GRANTED
Herman J. Weber
HERMAN J. WEBER
SENIOR UNITED STATES DISTRICT JUDGE