IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALLEN, | : | Case No.: C-1-01-159 |
|     Plaintiff, | : | (Senior Judge Herman J. Weber) |
| v. | : | |
| LASSEN, | | |
|     Defendant | : | |

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the June 2005 trial term. Counsel shall file their Joint Pretrial Order on or before May 5, 2005.

**IT IS SO ORDERED.**

      _____s/Herman J. Weber_____
      Herman J. Weber, Senior Judge
      United States District Court

*Rev.5/01*