UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS ALLEN, et al.** | : | Case No. C-1-01-159 |
| **Plaintiffs** | : | Judge Herman S. Weber |
| | | Magistrate Judge Timothy S. Hogan |
| | : | |
| vs. | | |
| | : | |
| **THE LASSEN COMPANIES, INC., et al.:** | | |
| | : | |
| **Defendants** | | |
| | : | |

**AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR OPPOSITION TO DEFENDANT CRARY'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE HOGAN ON DEFENDANT CRARY'S MOTION FOR SUMMARY JUDGMENT**

\* \* \* \*

Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), have moved this Court for an extension of time to file their Opposition to Defendant Crary's Objections to the Report and Recommendation of Magistrate Judge Hogan denying Crary's motion for summary judgment in the above entitled action. The motion is **GRANTED**. Plaintiffs' time to respond is extended one (1) week, to Monday, November 22, 2004. So Ordered.

Tendered by:
David M. Cook  (Ohio Bar #0023469)
Stephen A. Simon (Ohio Bar #0068268)
DAVID M. COOK, LLC
22 West Ninth Street
Cincinnati, Ohio 45202
Phone: (513) 721-7500
Fax:    (513) 721-1178
Email: dcook@dmcllc.com
Trial Attorney for Plaintiffs

GRANTED
*Herman J. Weber*
HERMAN J. WEBER
SENIOR UNITED STATES DISTRICT JUDGE