# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Dennis Allen, et al.,
    Plaintiff(s),

v.

Lassen Companies Inc., et al.,
    Defendant(s).

Case No. 1:01cv0159
(Weber, J.; Hogan, M.J.)

## ORDER

Pursuant to telephonic notification by the Plaintiff, this matter is hereby settled:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 1/27/05

HERMAN J. WEBER
Senior United States District Judge