IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DENNIS ALLEN, et al**

      **Plaintiff**

**v**                                                                 **Civil: C-1-01-159**

**LASSEN COMPANIES, INC., et al,**

      **Defendant**

## ORDER

The above styled case is before the Court on Plaintiffs' Motion to Reinstate Action. The Court upon review of the record GRANTS said Motion and ORDERS that this case be Reinstated to the active docket of this Court.

Parties are notified that this matter is SCHEDULED for a Conference on Thursday, June 9, 2005 at 1:30 p.m.

Counsel for Plaintiff shall serve a copy of this Order to all interested parties.

Counsel are hereby ORDERED to appear for the above scheduled Conference with their client and/or a representative with settlement authority.

The Clerk of Courts shall serve a copy of this Order to defendant Leonard Kristal by certified and regular mail.

IT IS SO ORDERED.

                                                                               **s/Herman J. Weber**
                                                                 **Herman J. Weber, Senior Judge**
                                                                  **United States District Court**