

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

Postmark
Here

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To Leonard Keistal

Street, Apt. No.; or PO Box No.  107 Diablo Dr.

City, State, ZIP+4  Rentfield  CA. 94904

PS Form 3800, April 2002          See Reverse for Instructions

7002 0860 0000 1410 2043
7002 0860 0000 1410 2043

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7002 0860 0000 1410 2043