OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS


RETURNED TO SENDER

NIXIE      949   1        30 04/28/05
       RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 45202397699    *0415-10951-22-41

Leonard Kristal
107 Diablo Drive
Kentfield, CA 94904

**RECEIVED**

MAY 0 2 2005

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS ALLEN, et al

    Plaintiff

v.                                                  Civil: C-1-01-159

LASSEN COMPANIES, INC., et al,

    Defendant

## ORDER

The above styled case is before the Court on Plaintiffs' Motion to Reinstate Action. The Court upon review of the record GRANTS said Motion and ORDERS that this case be Reinstated to the active docket of this Court.

Parties are notified that this matter is SCHEDULED for a Conference on Thursday, June 9, 2005 at 1:30 p.m.

Counsel for Plaintiff shall serve a copy of this Order to all interested parties.

Counsel are hereby ORDERED to appear for the above scheduled Conference with their client and/or a representative with settlement authority.

The Clerk of Courts shall serve a copy of this Order to defendant Leonard Kristal by certified and regular mail.

IT IS SO ORDERED.

                                                                  Herman J. Weber, Senior Judge
                                                                  United States District Court