

CERTIFIED MAIL

7002 0860 0000 1410 2043



Returned to Sender
Attempted Not Known
Vacant
Refused
No Mail Receptacle
Temporarily Away

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Leonard Keistal
107 Diablo Dr.
Kentfield, CA, 94904

4a. Article Number
7002 0860 0001

4b. Service Type
- ☐ Registered   ☒ Certified
- ☐ Express Mail  ☐ Insured
- ☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994        102595-97-B-0179    Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

Leonard Kristal
107 Diablo Drive
Kentfield, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED
MAY 0 9 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

DENNIS ALLEN, et al

    Plaintiff

v                                   Civil: C-1-01-159

LASSEN COMPANIES, INC., et al,

    Defendant

## ORDER

The above styled case is before the Court on Plaintiffs' Motion to Reinstate Action. The Court upon review of the record GRANTS said Motion and ORDERS that this case be Reinstated to the active docket of this Court.

Parties are notified that this matter is SCHEDULED for a Conference on Thursday, June 9, 2005 at 1:30 p.m.

Counsel for Plaintiff shall serve a copy of this Order to all interested parties.

Counsel are hereby ORDERED to appear for the above scheduled Conference with their client and/or a representative with settlement authority.

The Clerk of Courts shall serve a copy of this Order to defendant Leonard Kristal by certified and regular mail.

IT IS SO ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court