IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALLEN | : | Case No.: C-1-01-159 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| LASSEN | : | |
| Defendant | | |
| | : | |

**ORDER**

Parties are advised that the Hearing currently scheduled for June 9, 2005 is RESCHEDULED to Monday, June 6, 2005 at 1:30 p.m.

Counsel for plaintiff shall notify all interested parties of the change in schedule.

**IT IS SO ORDERED.**

_____s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*