IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALLEN, | : | Case No.: C-1-01-159 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| LASSEN, | : | |
| Defendant | : | |

**ORDER**

Pursuant to the request of counsel and defendant Kristal, the Conference currently scheduled for June 6, 2005 is RESCHEDULED to July 18, 2005 at 1:30 p.m.

If settlement is not consummated in the above action prior to July 18, 2005, defendant Kristal is hereby ORDERED to appear for the above Conference.

Plaintiff is hereby directed to serve a copy of this Order to defendant Kristal.

The Clerk of Court shall serve a copy of this Order to defendant Kristal by regular and certified mail.

**IT IS SO ORDERED.**

            _____s/Herman J. Weber_____
            Herman J. Weber, Senior Judge
            United States District Court

*Rev.5/01*