U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

Postmark
Here

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Sent To L. P. Bristol

Street, Apt. No.; 2116 E. Thackery
or PO Box No.

City, State, ZIP+4 West Conway CA 91791

7002 0980 0000 1410 2067

PS Form 3800, April 2002     See Reverse for Instructions

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE