*(Domestic Mail Only; No Insurance Coverage Provided)*

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: **L. Kristal**
Street, Apt or PO Box: **2116 E. Thackery Street**
City, State: **West Covina, CA 91791**

REISSUE
#142