OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RETURNED FOR
ADDITIONAL
POSTAGE DUE
$ 1.75

CERTIFIED MAIL

7002 0860 0000 3410 2067

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

J. Kristal
2116 E. Thackery St
West Covina, CA. 91791

4a. Article Number
7002 0860 0000 1410 2067

4b. Service Type
- ☐ Registered     ☒ Certified
- ☐ Express Mail   ☐ Insured
- ☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X

8. Addressee's Address *(Only if requested and fee is paid)*

Is your RETURN ADDRESS completed on the reverse side?

PS Form 3811, December 1994      102595-97-B-0179    Domestic Return Receipt

Thank you for using Return Receipt Service.

L. Kristal
2116 E. Thackery Street
West Covina, CA 91791

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUN 1 3 2005

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

ALLEN,                                : Case No.: C-1-01-159

    Plaintiff,                       : ( Judge Herman J. Weber)

v.                                    :

LASSEN,
                                  :
    Defendant
                                  :

### ORDER

Pursuant to the request of counsel and defendant Kristal, the Conference currently scheduled for June 6, 2005 is RESCHEDULED to July 18, 2005 at 1:30 p.m.

If settlement is not consummated in the above action prior to July 18, 2005, **defendant Kristal is hereby ORDERED to appear for the above Conference.**

Plaintiff is hereby directed to serve a copy of this Order to defendant Kristal.

The Clerk of Court shall serve a copy of this Order to defendant Kristal by **regular and certified mail.**

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court