

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   L. Kristal
   2116 E. Thackery Street
   West Covina, CA 91791

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 0860 0000 1408 7876

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

L. Kristal
2116 E. Thackery Street
West Covina, CA 91791

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED
JUN 1 3 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

ALLEN,                                : Case No.: C-1-01-159

    Plaintiff,                      : ( Judge Herman J. Weber)

v.                                    :

LASSEN,                               :

    Defendant                       :

RECEIVED
JUL 1 1 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

**ORDER**

Pursuant to the request of counsel and defendant Kristal, the Conference currently scheduled for June 6, 2005 is RESCHEDULED to July 18, 2005 at 1:30 p.m.

If settlement is not consummated in the above action prior to July 18, 2005, defendant Kristal is hereby ORDERED to appear for the above Conference.

Plaintiff is hereby directed to serve a copy of this Order to defendant Kristal.

The Clerk of Court shall serve a copy of this Order to defendant Kristal by regular and certified mail.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court