UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **Dennis Allen, et al.,** | : | |
| **Plaintiffs** | : | Case No. C-1-01-159 |
| v. | : | **Judge Herman S. Weber**<br>**Magistrate Judge Timothy S. Hogan** |
| **Lassen Companies, Inc., et al.,** | : | |
| **Defendants** | : | **STIPULATED ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |
| | : | |

      Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), and defendants Leonard Kristal and John Crary stipulate to the dismissal of all claims, counterclaims and third-party claims asserted in this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

      Respectfully submitted,

/s/ Stephen R. Felson

Stephen R. Felson (0038432)
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
**Trial Attorney For Defendant Crary**

    and

Paul D. Marotta
*pro hac vice*
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
**Of Counsel for Defendant Crary**

/s/ David M. Cook

David M. Cook (0023469)
COOK, PORTUNE & LOGOTHETIS
*An Association of Law Corporations*
22 West Ninth Street
Cincinnati, Ohio 45202
**Trial Attorneys for Plaintiffs**

*Leonard D. Kristal* / by RER
Leonard D. Kristal, *pro se*
107 Diablo Drive
Kentfield, CA 94904.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen R. Felson, 617 Vine Street, Suite 1401, Cincinnati, Ohio 45202, Trial Attorney For Defendant Crary; Paul D. Marotta, The Corporate Law Group, 500 Airport Blvd., Suite 120, Burlingame, CA 94010, Of Counsel for Defendant Crary; and I hereby certify that I have served via electronic mail the document to the following non CM/ECF participants: Leonard Kristal, 107 Diablo Drive, Kentfield, CA 94904, at the address "LDKristal@yahoo.com" per his request.

/s/ David M. Cook
_____
ATTORNEY FOR PLAINTIFFS