UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| Dennis Allen, et al., | : | |
| Plaintiffs | : | Case No. C-1-01-159 |
| v. | : | Judge Herman S. Weber |
| Lassen Companies, Inc., et al., | : | Magistrate Judge Timothy S. Hogan |
| Defendants | : | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

approved
HJWeber
US DJ
10/31/05

Plaintiffs, Dennis Allen, et al. ("Plaintiffs"), and defendants Leonard Kristal and John Crary stipulate to the dismissal of all claims, counterclaims and third-party claims asserted in this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

/s/ Stephen R. Felson

Stephen R. Felson (0038432)
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
**Trial Attorney For Defendant Crary**

and

Paul D. Marotta
*pro hac vice*
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
**Of Counsel for Defendant Crary**

/s/ David M. Cook

David M. Cook (0023469)
COOK, PORTUNE & LOGOTHETIS
*An Association of Law Corporations*
22 West Ninth Street
Cincinnati, Ohio 45202
**Trial Attorneys for Plaintiffs**

Leonard D. Kristal / by RER
Leonard D. Kristal, *pro se*
107 Diablo Drive
Kentfield, CA 94904.