JAMES BONINI
CLERK

06 JAN -6 AM 11: 0*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLEN

V

LASSEN

CIVIL ACTION: C-1-01-159
JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions submitted on behalf of my client in the above styled case.

1/6/06
Date

_Adan Sulewski_
D. Cook, counsel for Pltf