IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLEN

V

LASSEN

CIVIL ACTION: C-1-01-159
JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions submitted on behalf of my client in the above styled case.

1/10/05
Date

Stacey Goins for Steve Felson
S. Felson, counsel for Defendant